# United States District Court

DISTRICT OF __Massachusetts__

SCANNED

Cheswell, Inc.

V.

James F. Kenney, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER:  04-30060-KPN

TO: (Name and address of defendant)

Mitchell R. Dzwonkowski
825 East Pleasant Street
Amherst, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas LLP
1500 Main Street
Suite 2700
Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Mary Finn_
(BY) DEPUTY CLERK

_March 25, 2004_
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | MARCH 26, 2004 |
| NAME OF SERVER (PRINT) DAVID R. KNIGHTLY, DEPUTY SHERIFF | TITLE |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 625 EAST PLEASANT STREET AMHERST, MA 01002

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 9.60 MV 2.00 | SERVICES 20.00 ATTEST 5.00 COPY 2.00 | TOTAL $39.60 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 26, 2004
Date

Signature of Server

Address of Server

DAVID R. KNIGHTLY
Deputy Sheriff
P.O. Box 834
Northampton, MA 01061

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.