# United States District Court

DISTRICT OF  Massachusetts

Cheswell, Inc.

V.

James F. Kenney, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER:   04–30060–KPN

TO: (Name and address of defendant)

James F. Kenney
72 Oakridge Drive
Belchertown, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas LLP
1500 Main Street
Suite 2700
Springfield, MA   01115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

(BY) DEPUTY CLERK

_March 25, 2004_

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Se | | DATE |
|---|---|---|
| NAM | | |

**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618

**Hampshire, ss.**

March 30, 2004

I hereby certify and return that on 3/30/2004 at 11:40 am I served a true and attested copy of the SUMMONS & COMPLAINT W/MOTION, AFFIDAVIT & MEMORANDUM OF LAW in this action in the following manner: To wit, by delivering in hand to JAMES F. KENNEY at 492 PLEASANT STREET, NORTHAMPTON, MA 01060 . Basic Service IH ($20.00), Copies ($2.00), Attest ($5.00) Total Charges $27.00

_____
**Deputy Sheriff**

Deputy Sheriff FRANCIS COTE

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                        Date                                    Signature of Server

                                                      _____
                                                      Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.