# United States District Court

DISTRICT OF Massachusetts

Cheswell, Inc.

v.

James F. Kenney, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30060-KPN

TO: (Name and address of defendant)

Susan M. Kenney
72 Oakridge Drive
Belchertown, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas LLP
1500 Main Street
Suite 2700
Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

*Mary Finn*

(BY) DEPUTY CLERK

March 25, 2004

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 30, 2004 |

**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618
**Hampshire, ss.**

I hereby certify and return that on 3/30/2004 at 11:40 am I served a true and attested copy of the SUMMONS & COMPLAINT W/MOTION, AFFIDAVIT & MEMORANDUM OF LAW in this action in the following manner: To wit, by delivering in hand to SUSAN M. KENNEY at 492 PLEASANT STREET, NORTHAMPTON, MA 01060. Basic Service IH ($20.00), Copies ($2.00), Attest ($5.00) Total Charges $27.00

_Deputy Sheriff_

Deputy Sheriff FRANCIS COTE

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.