# United States District Court

DISTRICT OF Massachusetts

Cheswell, Inc.

V.

James F. Kenney, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30060-KPN

TO: (Name and address of defendant)

J.F. Kenney Corporation
1269 Federal Street
Belchertown, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas LLP
1500 Main Street
Suite 2700
Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

Mary Finn
(BY) DEPUTY CLERK

March 25, 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Serv | |

NAME

☐    **Office of the Sheriff**  •  P.O. Box 684  •  Northampton, MA 01061  •  585-0618
      **Hampshire, ss.**
Che

☐

☐   March 30, 2004
I hereby certify and return that on 3/30/2004 at 11:40 am I served a true and attested copy of the SUMMONS & COMPLAINT W/MOTION, AFFIDAVIT & MEMORANDUM OF LAW in this action in the following manner: To wit, by delivering in hand to SUSAN KENNEY, PRESIDENT FOR J F KENNEY CORPORATION at 492 PLEASANT STREET, NORTHAMPTON, MA 01060. In the service hereof, it was necessary and I actually used a motor vehicle 30 miles. Basic Service in hand ($30.00), Conveyance ($4.50), Travel ($6.40), Copies ($2.00), Attest ($5.00) Total Charges $47.90

☐                                                                                              _____
                                                                                                Deputy Sheriff

Deputy Sheriff FRANCIS COTE

☐  Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                     Date                                            Signature of Server

                                                              _____
                                                              Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.