# United States District Court

DISTRICT OF __Massachusetts__

Cheswell, Inc.

V.

James F. Kenney, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30060-KPN

TO: (Name and address of defendant)

Cheryl Cosman
30 Stoneybrook Road
North Grafton, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas LLP
1500 Main Street
Suite 2700
Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          March 25, 2004
_____                             _____
CLERK                                                 DATE

_Mary Finn_
_____
(BY) DEPUTY CLERK

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

03/31/2004

I hereby certify and return that on 03/30/2004 at 11:01am I served a true and attested copy of the Summons and Complaint, Plaintiff's Ex Parte Motion for Real Estate Attachment, Attachments, Affidavit of Felicity Hardee in Support of Motion for Real Estate Attachment, Exhibits, Memorandum in Support of Plaintiff's Motion for Real Estate Attachment of in this action in the following manner: To wit, by leaving at the last and usual place of abode of CHERYL COSMAN at 50 STONEYBROOK RD, NORTH GRAFTON, MA and by mailing first class mail to the above address on 03/31/2004. Fees: Service 35.00, Travel 18.00, Conveyance 0.00, Attest 10.00 & Postage and Handling 5.00 Total Fees: $49.00

Deputy Sheriff Michael J Ahearn                     *Deputy Sheriff*

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                         Signature of Server

                                          _____
                                          Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.