# United States District Court

DISTRICT OF __Massachusetts__

Cheswell, Inc.

V.

James F. Kenney, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER:  04-30060-KPN

TO: (Name and address of defendant)

Paul Cosman, Jr.
30 Stoneybrook Road
North Grafton, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas LLP
1500 Main Street
Suite 2700
Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

March 25, 2004

DATE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

03/31 2004

I hereby certify and return that on 03/30/2004 at 11:37 am I served a true and attested copy of the Summons and Complaint, Plaintiff's Ex Parte Motion for Real Estate Attachment, Attachments, Affidavit of Felicity Hardee in Support of Motion for Real Estate Attachment, Exhibits, Memorandum of Law in Support of Plaintiff's Motion for Real Estate Attachment of in this action in the following manner: To wit, by leaving at the last and usual place of abode of PAUL COSMAN JR at 36 STONEYBROOK RD, NORTH GRAFTON, MA and by mailing first class mail to the above address on 03/31/2004. Fees: Service 25.00, Travel 10.00, Conveyance 0.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $49.00

Deputy Sheriff Michael Ahearn                                            Deputy Sheriff

Name of person with whom the summons and comp...

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.