# United States District Court

DISTRICT OF __Massachusetts__

Cheswell, Inc.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-30060-KPN

James F. Kenney, et al

TO: (Name and address of defendant)

Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust
1204 Mt. Elbert Drive
Leadville, Colorado

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas LLP
1500 Main Street
Suite 2700
Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_Mary Finn_
(BY) DEPUTY CLERK

_March 25, 2004_
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-29-04 @ 1915 hrs. |
| NAME OF SERVER (PRINT) MARK WERTS | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

[☒] Served personally upon the defendant. Place where served: 1204 Mt. Elbert St. by handing & leaving w/ Margaret Lammitie

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ___

[ ] Returned unexecuted: ___

[ ] Other (specify): ___

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-29-04
            Date

Signature of Server

Address of Server: 505 Harrison St, Leadville, Co. 80461

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.