# United States District Court

DISTRICT OF __Massachusetts__

Cheswell, Inc.

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 04-30060-KPN

James F. Kenney, et al

TO: (Name and address of defendant)

Mary Ann Mitchell
19 Anderson Road
Chicopee, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas LLP
1500 Main Street
Suite 2700
Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_Mary Finn_
(BY) DEPUTY CLERK

March 25, 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

March 30, 2004

I hereby certify and return that on 3/29/2004 at 02:30 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT MOTION FOR R.E. ATTACHMENT, AFFID. & MEMORANDUM in this action in the following manner: To wit, by leaving at the last and usual place of abode of MARY ANN MITCHELL, 19 ANDERSON Road, CHICOPEE, MA 01020. Attestation X 1 ($5.00), Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($20.00), Mailing1 ($1.00) Total Charges $29.76

Deputy Sheriff DAVID K. TENNEY

_David Tenney_
Deputy Sheriff

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
       Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.