UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE: CIVIL ACTION NO. 04-30060-KPN

TITLE CHESWELL, INC. v. JAMES F. KENNEY, ET AL

### NOTICE

Not all parties having consented to the assignment of this case to the Mag. Judge, the case has been randomly re-drawn to JUDGE Michael A. Ponsor for all further proceedings. From this date forward the number on all filings should be followed by the letters MAP.

Thank you for your cooperation in this matter.

TONY ANASTAS,
Clerk

By /s/ Mary Finn

DATE: April 14, 2004

COPIES TO: Counsel, Systems Administrator