# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHESWELL, INC., )<br>        )<br>       Plaintiff )<br>        )<br>v.     )<br>        )<br>JAMES F. KENNEY, et al., )<br>        )<br>       Defendant )<br>        ) | Civil Action No. 04-30060 |

## APPEARANCE

    I, Louis S. Robin, Esq., of Fitzgerald, O'Brien & Robin, hereby appears as counsel to Mary Ann Mitchell, one of the defendants in the above captioned case.

Dated: April 14, 2004

MARY ANN MITCHELL

_____
Louis S. Robin (BBO 545578)
Fitzgerald, O'Brien & Robin
1200 Converse Street
Longmeadow, Massachusetts  01106
Tel. No. (413) 567-3131
Fax. No. (413) 565-3131

## CERTIFICATE OF SERVICE

    I, Louis S. Robin, Esq., hereby certify that on April 14, 2004, I served a copy of the foregoing pleading by hand delivery of a copy of it to Felicity Hardee, Esq., Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Springfield, MA  01115-5507.

_____
Louis S. Robin, Esq.