/613-240

11240    MASSACHUSETTS WARRANTY DEED (LONG FORM) 872

KNOW ALL MEN BY THESE PRESENTS, that I, MARY A. MITCHELL, Widow

of Springfield                                           Hampden    County, Massachusetts,

~~being unmarried~~ for consideration paid, grant to MARY A. MITCHELL, Widow and MARY ANN MITCHELL, unmarried, as Joint Tenants with the Right of Survivorship and not as Tenants in Common, both

of 39 Ledyard Street, Springfield, Massachusetts,

with warranty covenants

the land in Belchertown, County of Hampshire, Massachusetts, bounded and described as follows:
PARCEL NO. 1

Beginning at the NORTHWEST corner of the home farm where the fence now stands; thence EASTERLY on lands of Samuel F. Worcester and Asa Clark to said Clark's wall; thence SOUTHERLY on land of said Clark to the highway, on the SOUTH line of said highway; thence SOUTHERLY about six rods to said Clark's corner; thence EASTERLY on said Clark's line to Elbridge G. Underwood's WEST LINE; thence SOUTHERLY on said Underwood's line to land formerly owned by Elijah Whitney; thence WESTERLY and SOUTHERLY on said Whitney line to a stake and stones; thence WESTERLY on said Whitney land to Samuel F. Worcester SOUTHWEST corner; thence NORTHERLY on said Worcester's line as the fence now stands, to the first mentioned corner, containing about EIGHTY ACRES more or less; together with the buildings thereon standing; also one other tract of land situate in said Belchertown; containing about nine and one-half acres, bounded WEST and NORTH on land formerly owned by Elijah Whitney, and EAST on land of Theodore Blodgett and SOUTH on land of Samuel F. Worcester, and for a more particular description reference may be had to Hampshire Deeds recorded in Book 129 Page 498 and Book 129 Page 497.

Being the same premises conveyed to me and my late deceased husband, David H. Mitchell, by deed of Lucy Maud Morgan, Executrix of the Will of Willard Henry Veasy Belding dated April 10, 1950 and recorded in Hampshire County Registry of Deeds in Book 1070, Pages 156 and 157.

PARCEL NO. 2

Beginning at an iron pin on the South side of State Street at Northeasterly corner of land herein granted and at Northwest corner of land now or formerly of Walter E.

(*Individual — Joint Tenants — Tenants in Common — Tenants by the Entirety.)

*1613-241*

Henry and Catherine A. Henry; thence running south no degrees and two minutes west along center of stonewall on line of said Henrys a distance of three hundred forty-five and five-tenths (345.5) feet to iron pin; thence west no degrees and thirty-three minutes north on land now or formerly of said Henrys three hundred twenty-six (326) feet, thence continuing west along land of one Willard H. V. Belding four hundred eleven (411) feet to an iron pin; thence north no degrees and ten minutes east along land of said Belding sixty (60) feet to iron pin on said State Street; thence east along said State Street six hundred seventy-five (675) feet to State Highway bound stone, thence continuing east along State Street ninety-two (92) feet to point of beginning; containing four (4) acres more or less.

Subject to easement held by New England Telephone and Telegraph Company dated November 13, 1913 as recorded in Book 697, Page 115, Hampshire County Registry of Deeds.

Being the same premises conveyed to me and my late deceased husband, David H. Mitchell, by deed of Edward Pinsky, et ux dated June 19, 1946, and recorded in Hampshire County Registry of Deeds in Book 1004, Page 178.

No Monetary Consideration.

Witness my hand and seal this 7th day of December, 19 71

Mary A. Mitchell

The Commonwealth of Massachusetts

HAMPDEN, ss.                                         December 7, 1971

Then personally appeared the above named MARY A. MITCHELL

and acknowledged the foregoing instrument to be her free act and deed, before me

William J. Foley, Notary Public

My commission expires February 5, 1976.

December 9, 1971 at 9 O'clock and 42 minutes A.M. Rec'd, Ent'd and Exam'd.

SEE BOOK 3/3?
PAGE 34

BOOK 2825 0202

MASSACHUSETTS QUITCLAIM DEED INDIVIDUAL (LONG FORM)

KNOW ALL MEN BY THESE PRESENTS, that We, MARY A. MITCHELL, Widow and MARY ANN MITCHELL, Unmarried, both

of Springfield, Hampden        024581        County, Massachusetts

~~being unmarried~~, for consideration paid, and in full consideration of   No monetary consideration

grant to  MARY ANN MITCHELL, Unmarried

of 39 Ledyard Street, Springfield, Massachusetts

with quitclaim covenants

~~the land in~~ All land and buildings, if any, thereof situated in the Town of Belchertown, County of Hampshire, Massachusetts, bounded and described as follows:

Parcel No. 1

Beginning at the NORTHWEST corner of the home farm where the fence now stands; thence EASTERLY on lands of Samuel F. Worcester and Asa Clark to said Clark's wall; thence SOUTHERLY on land of said Clark to the highway, on the SOUTH line of said highway; thence SOUTHERLY about six rods to said Clark's corner; thence EASTERLY on said Clark's line to Elbridge G. Underwood's WEST LINE; thence SOUTHERLY on said Underwood's line to land formerly owned by Elijah Whitney; thence WESTERLY and SOUTHERLY on said Whitney line to a stake and stones; thence WESTERLY on said Whitney land to Samuel F. Worcester SOUTHWEST corner; thence NORTHERLY on said Worcester's line as the fence now stands, to the first mentioned corner, containing about EIGHTY ACRES more or less; together with the buildings thereon standing; also one other tract of land situate in said Belchertown, containing about nine and one-half acres, bounded WEST and NORTH on land formerly owned by Elijah Whitney, and EAST on land of Theodore Blodgett and SOUTH on land of Samuel F. Worcester, and for a more particular description reference may be had to Hampshire Deeds recorded in Book 129 Page 498 and Book 129 Page 497.

Being the same premises conveyed to me and my late deceased husband, David H. Mitchell, by deed of Lucy Maud Morgan, Executrix of the Will of Willard Henry Veasy Belding dated April 10, 1950 and recorded in Hampshire County Registry of Deeds in Book 1070, Pages 156 and 157.

Parcel No. 2

Beginning at an iron pin on the South side of State Street at Northeasterly corner of land herein granted and at Northwest corner of land now or formerly of Walter E. Henry and Catherine A. Henry; thence running south no degrees and two minutes west along center of stonewall on line of said Henrys a distance of three hundred forty-five and five-tenths (345.5) feet to iron pin; thence west no degrees and thrity-three minutes north on land now or formerly of said Henrys three hundred twenty-six (326) feet, thence continuing west along land of one Willard H.V. Belding four hundred eleven (411) feet to an iron pin; thence north no degrees and ten minutes east along land of said Belding sixty (60) feet to iron pin on said State Street; thence east along said State Street six hundred seventy-five (675) feet to State Highway bound stone, thence continuing east along State Street ninety-two (92) feet to point of beginning; containing four (4) acres more or less.

(*Individual — Joint Tenants — Tenants in Common.)

BOOK 2825 PAGE 0203

Subject to easement held by New England Telephone and Telegraph Company dated November 13, 1913 as recorded in Book 697, Page 115, Hampshire County Registry of Deeds.

Being the same premises conveyed to the grantors herein by deed of Mary A. Mitchell, Widow, recorded in the Hampshire County Registry of Deeds on December 7, 1971, Book 1613, Page 240.

Witness our hand and seal this 15th day of September 1986

_____  
Almxa Blair  
(to both)

Mary A. Mitchell  
Mary A. Mitchell

Mary Ann Mitchell  
Mary Ann Mitchell

The Commonwealth of Massachusetts

Hampden ss.                            September 15th 1986

Then personally appeared the above named MARY A. MITCHELL and MARY ANN MITCHELL

and acknowledged the foregoing instrument to be their free act and deed, before me

Brian J. Ahern  
Notary Public — Justice of the Peace

My Commission Expires May 15, 1992

Hampshire ss.  
October 14, 1986 — 12 o'clock and 59 minutes P.M., Rec'd, ent'd and exam'd with Hampshire Reg. of Deeds, Book 2825 Page 202  
Attest_____

Exhibit "C"

Exhibit C



```
MADE  SCG 45767  9-22-59.05

MARY ANN MITCHELL                    5-13/110
19 ANDERSEN RD.                     0016274631              921
CHICOPEE, MA  01022
                                      DATE 2-13-01

PAY TO THE
ORDER OF  Scott Gerrish                          | $ 75.00
Seventy-five and no/100                          DOLLARS

  Fleet
         www.fleet.com
  60001  Monarch Place Office
         Springfield, Massachusetts 01144

MEMO _____          Mary Ann Mitchell

⑆011000138⑆  00162 74631⑈ 0921    ⑈000000 7500⑈
```

(Check #128448 from Easthampton Savings Bank, dated 02-24-04, payable to Sherman & Woods, amount $5,224.58, drawn on behalf of Mary Ann Mitchell. Marked "NON NEGOTIABLE CUSTOMER COPY". Issued by Travelers Express Company, Inc. Drawee: US Bank, St. Paul, MN.)

---

MARY ANN MITCHELL
19 ANDERSON RD.
CHICOPEE, MA 01022

232

DATE 2-2-04

PAY TO THE ORDER OF  Sherman and Woods    | $ 5,000.00

Five thousand and no/100 ———— DOLLARS

HAMPDEN SAVINGS BANK
SPRINGFIELD, MASSACHUSETTS

MEMO Invoice #5730        mary Ann Mitchell

⑆211870977⑆ 04 400401206⑈ 0232 ⑆0000500000⑆

2/17/2004 Check #232 Amount $5,000.00

---

MARY ANN MITCHELL
19 ANDERSEN RD.
CHICOPEE, MA 01022

5-13/110
0016274631

1398

DATE 2-2-04

PAY TO THE ORDER OF  Sherman and Woods    | $ 1,000.00

One thousand and no/100 ———— DOLLARS

Fleet
83001  www.fleet.com
Boston, Massachusetts 02109

MEMO Invoice #5730        mary Ann Mitchell   MP

⑆011000138⑆ 0016274631⑈ 1398  ⑆0000100000⑆

---

**MARY ANN MITCHELL**
19 ANDERSEN RD.
CHICOPEE, MA 01022

5-13/110
0016274631

**1396**

DATE 2-2-04

PAY TO THE ORDER OF DoAll Construction, Inc.   $ 206.25

Two hundred six and 25/95 — DOLLARS

COUNTRY BANK  FEB 27 2004

Fleet
83001  www.fleet.com  Boston, Massachusetts 02109

MEMO State St., Belchertown       Mary Ann Mitchell

⑈011000138⑈ 0016274631⑈ 1396   ⑆000000020625⑆

---

**MARY ANN MITCHELL**
19 ANDERSEN RD.
CHICOPEE, MA 01022

5-13/110
0016274631

**1345**

DATE 9-12-03

PAY TO THE ORDER OF Sherman and Woods   $ 4780.13

Four thousand, seven hundred eighty and 13/100 — DOLLARS

Fleet
83001  www.fleet.com  Boston, Massachusetts 02109

MEMO _____        Mary Ann Mitchell

⑈011000138⑈ 0016274631⑈ 1345   ⑆00004780 13⑆

---



**MARY ANN MITCHELL**
19 ANDERSEN RD.
CHICOPEE, MA 01022

5-13/110
0016274631

**1340**

DATE 9-2-03

PAY TO THE ORDER OF Quabbin Health District  Town of Belchertown  $ 100.00

One hundred and no/100 — DOLLARS

Fleet
83001  www.fleet.com  Boston, Massachusetts 02109

MEMO Perks lots 1 and 2 (additional pymt. due)      Mary Ann Mitchell

⑈011000138⑈ 0016274631⑈ 1340   ⑆000000010000⑆



**MARY ANN MITCHELL**
19 ANDERSEN RD.
CHICOPEE, MA 01022

5-13/110
0016274631

1227

DATE 10-11-02

PAY TO THE ORDER OF  Commonwealth of mass Registry of Deeds    $ 30.00

Thirty and no/100 ———————————————— DOLLARS

Fleet
www.fleet.com
83001  Boston, Massachusetts 02109   7728

MEMO Release of lien            Mary Ann Mitchell

⑆011000138⑆ 0016 274631⑈ 1227  ⑈0000003000⑈

---

Yosemite Falls

Mary A. Mitchell
19 Anderson Road
Chicopee, MA 01022

503
29-7003/2213
424

Date 5-16-02

Pay to the Order of  New England Environmental  9517   $ 975.00

Nine hundred seventy-five and no/100 Dollars

CHARTER ONE BANK     Chicopee Branch

For Wetland Delineation - B-town     Mary Ann Mitchell

⑆221370030⑆ ⑈424010153 2⑈  0503 ⑈0000097500⑈

---

Yosemite Falls

Mary Ann Mitchell
19 Andersen Rd.
Chicopee, MA 01022

102
29-7003/2213
424

Date 7-30-01

Pay to the Order of  Sherman and Woods  5600  9502  11-30-01  $ 2,500.00

Twenty-five hundred and no/100 Dollars

CHARTER ONE BANK   Chicopee Branch

For Definitive Plan
   retainer fee                 Mary Ann Mitchell

⑆221370030⑆ ⑈424019360 5⑈  0102 ⑈0000250000⑈

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

5-39/110 4933

359

Date Feb. 12, 1999

Pay to the order of Scott Gerrish   $520.00

Five hundred twenty and 16/100 —— Dollars

**BankBoston**
Boston, Massachusetts

For Chapt. 61 Plan   mary Ann Mitchell

⑈011000390⑈ 162 74631⑈ 0359   ⑈000005 2000⑈

---

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

5-39/110

199

Date Aug 1, 1998

Pay to the order of Brian Remillard   $225.00

Two hundred twenty-five and no/100 —— Dollars

**BankBoston** 4933

For equipment time for perc tests lots 7&8 State St.   mary Ann Mitchell

⑈011000390⑈ 162 74631⑈ 0199   ⑈00000 22500⑈

---

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

5-39/110

169

Date June 9, 1998

Pay to the order of Jim Trempe   $560.00

Five hundred sixty and no/100 —— Dollars

**BankBoston** 4933

For lots 7, 8   mary Ann Mitchell

⑈011000390⑈ 162 74631⑈ 0169   ⑈00000 56000⑈

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

5-39/110

151

8160  Date *May 25, 1998*

Pay to the order of *Jim Troupes*   | $ 700.00

*Seven hundred and no/100* ———— Dollars

**BankBoston** 4933

For *Concept Plan - B-Town*   *Mary Ann Mitchell*

⑈011000390⑈ 162 74631⑈ 0151   ⑈00000070000⑈

---

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

5-39/110

153

Date *May 26, 1998*

Pay to the order of *Richard A. Lewis*   | $ 300.00

*Three hundred and no/100* ———— Dollars

**BankBoston** 4933

For *Lots 7,8 - State St. B-Town*   *Mary Ann Mitchell*

⑈011000390⑈ 162 74631⑈ 0153   ⑈00000030000⑈

---

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

5-39/110

105

8160  Date *March 24, 1998*

Pay to the order of *Jim Troupes*   | $ 1612.50

*Sixteen hundred twelve and 50/100* ———— Dollars

**BankBoston** 4933

For *B-town final pymt*   *Mary Ann Mitchell*

⑈011000390⑈ 162 74631⑈ 0105   ⑈00000161250⑈

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

2805
5-174/110

040  8160  Feb. 24, 1998

Pay to the order of  Jim Trooper   $2612.50

Twenty-six hundred, twelve and 50/100 Dollars

**BayBank**
BayBank, N.A.

Memo: interim payment     Mary Ann Mitchell

⑆011001742⑆  162 7463⑆  2805   ⑆0000261250⑆

---

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

02-013-98

2772
5-174/110

January 5, 1998

Pay to the order of  Commonwealth of Massachusetts   $50.00

Fifty and no/100 Dollars

**BayBank**
BayBank, N.A.

Memo: 2 curb cut permits     Mary Ann Mitchell

⑆011001742⑆  162 7463⑆  2772   ⑆000000 5000⑆

---

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

2758
5-174/110

Dec. 17, 1997

Pay to the order of  [illegible]   $1800.00

Eighteen hundred [illegible] /100 Dollars

**BayBank**
BayBank, N.A.

Memo: [illegible] curb cut [illegible]     Mary Ann Mitchell

⑆011001742⑆  162 7463⑆  2758   ⑆0000180000⑆

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

2754
5-174/110

Dec. 13, 1997

Pay to the order of  Jim Trooper     $300.00

Three hundred and 00/100 ———————— Dollars

**BayBank**
BayBank, N.A.

Memo Sub. plan, Lot 6      Mary Ann Mitchell

⑉011001742⑉ 162 7463⑊ 2754   ⑉000000030000⑊

---

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

2741
5-174/110

Nov. 29, 1997

Pay to the order of  Jim Trooper     $4,725.00

Forty-seven hundred and twenty-five ———— Dollars

**BayBank**
BayBank, N.A.

Memo photos, wetland, rep. perimeter    Mary Ann Mitchell

⑉011001742⑉ 162 7463⑊ 2741   ⑉000000472500⑊

---

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

2742
5-174/110

DEC 0 6 1997    Dec. 27, 1997

Pay to the order of  Town of Belchertown     $25.00

Twenty-five and 00/100 ———————— Dollars

**BayBank**
BayBank, N.A.

Memo Filing Fee, lot 13 D     Mary Ann Mitchell

⑉011001742⑉ 162 7463⑊ 2742   ⑉000000002500⑊

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

2721
5-174/110

~~~~~, 3, 1997

Pay to the order of _Jim Draper_ | $ 510.00

_Five hundred ten and no/100_ ——— Dollars

**BayBank**
BayBank, N.A.

Memo _Mountainview Est, B-Town_   _Mary Ann Mitchell_

⑆011001742⑆ 162 74631⑈ 2721   ⑆0000051000⑆

---

**MARY ANN MITCHELL**   02-344-97
19 ANDERSEN ROAD
CHICOPEE, MA 01022

2689
5-174/110

_April 12, 1997_

Pay to the order of _Commonwealth of Massachusetts_ | $ 25.00

_Twenty-five and no/100_ ——— Dollars

**BayBank**
BayBank, N.A.

Memo _File # 02-344-97_   _Mary Ann Mitchell_

⑆011001742⑆ 162 74631⑈ 2689   ⑆0000002500⑆

Curb Cut, B-Town

---

**MARY ANN MITCHELL**
39 LEDYARD ST.
SPRINGFIELD, MA 01104-2432

0197
5-39/110 475

_Apr. 8, 1997_

PAY TO THE ORDER OF _R.J. Eijol, Inc._ COUNTRY BANK | $ 520.00

_Five hundred twenty_ APR 14 1997   ——— DOLLARS

**BANK OF BOSTON** 1554 98  01  6356 1354
53

FOR _____   _Mary Ann Mitchell_

⑆011000390⑆ 771 05503⑈ 0197

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

2631
5-174/110

March 5, 1997

Pay to the order of ~~Paradise Meadow Estates~~   $500.00

Three hundred ~~dollars~~ ——— Dollars

**BayBank**
BayBank, N.A.

Memo: Lake Deephole

Mary Ann Mitchell

⑃011001742⑃ 162 74631⑂ 2631  ⑃00000050000⑃

---

**MARY ANN MITCHELL**
19 ANDERSEN ROAD
CHICOPEE, MA 01022

2628
5-174/110

19 97

Pay to the order of _____ $100.00

One hundred and ——— Dollars

**BayBank**
BayBank, N.A.

Memo: _____

Mary Ann Mitchell

⑃011001742⑃ 162 74631⑂ 2628  ⑃00000010000⑃

---

**MARY ANN MITCHELL**
39 LEDYARD STREET
SPRINGFIELD, MA 01104

2623
53-418/118

19 97

Pay to the order of _____ $260.00

Two hundred ——— Dollars

**BayBank**

FEB 18 1997

Memo: _____

Mary Ann Mitchell

⑃011804185⑃ 162 74631⑂ 2623  ⑃00000026000⑃