**TOWN OF BELCHERTOWN**
2 JABISH STREET
BELCHERTOWN, MASSACHUSETTS 01007
(413) 323-0400

No. 14281

RECEIVED FROM Mary Ann Mitchell   DATE Jan 13, 19 97

$ 30.00 DOLLARS

FOR Planning Bd filing fee

| AMOUNT OF ACCOUNT | | ☐ CASH | Thank You |
| --- | --- | --- | --- |
| THIS PAYMENT | 30.00 | ☐ CHECK | |
| BALANCE DUE | | ☐ M.O. | BY J. Bannon |

---

**MARY ANN MITCHELL**
39 LEDYARD STREET
SPRINGFIELD, MA 01104

No. 2581
53-418/118

Pay to the order of Town of Belchertown   $ 100.00

[illegible] Dollars

**BayBank**

Memo 11-14-96 [illegible]   Mary Ann Mitchell

⑈011804185⑈ 162 74631 2581   ⑈00000010000⑈

Stamp: COUNTRY BANK OCT 30 1996

---

**MARY ANN MITCHELL**
39 LEDYARD STREET
SPRINGFIELD, MA 01104

No. 1879
53-105/118

Pay to the order of LeClerc and Son   May 7, 1991   $ 540.00

Five hundred forty and no/100 Dollars

**BayBank** 900
BayBank Valley Trust Company
Massachusetts

Memo ____   Mary Ann Mitchell

⑈011801052⑈ 162 74631 1879   ⑈00000054000⑈

**MARY ANN MITCHELL**
39 LEDYARD ST.
SPRINGFIELD, MA 01104

279

July 2, 19 90    53-7091/2118

PAY TO THE ORDER OF  Moulton Land Surveying, Inc.  | $ 5390.00

Fifty-three hundred, ninety and no/100 DOLLARS

SPRINGFIELD INSTITUTION FOR SAVINGS   205
SPRINGFIELD, MA 01101

MEMO B-Town

⑆211870919⑆   4045 1775⑈ 0279   ⑆00000539000⑆

Mary Ann Mitchell


**MARY ANN MITCHELL**
39 LEDYARD STREET
SPRINGFIELD, MA 01104

1776

June 29, 19 90    53-105/118

Pay to the order of  Registry of Deeds   $ 50.00

Fifty and no/100 Dollars

**BayBank**
BayBank Valley Trust Company
Massachusetts

Memo

⑆011801052⑆   162⑈7463 1⑈ 1776   ⑆0000005000⑆

11974

Mary Ann Mitchell


**MARY ANN MITCHELL**
39 LEDYARD ST.
SPRINGFIELD, MA 01104

254

April 9, 19 90    53-7091/2118

PAY TO THE ORDER OF  Moulton Land Surveying, Inc.  | $ 1500.00

Fifteen hundred and no/100 DOLLARS

SPRINGFIELD INSTITUTION FOR SAVINGS   205
SPRINGFIELD, MA 01101

MEMO

⑆211870919⑆   4045 1775⑈ 0254   ⑆00000150000⑆

Mary Ann Mitchell

Exhibit "D"



Exhibit "D"



ALL-STATE LEGAL 800-222-0510  EDH11  RECYCLED

Exhibit D

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| CHESWELL, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JAMES F. KENNEY, et al., )<br>)<br>Defendant ) | Civil Action No. 04-30060 |

## AFFIDAVIT OF MARY ANN MITCHELL
## IN SUPPORT OF MOTION TO DISCHARGE ATTACHMENT
## AND MOTION TO DISMISS

I, Mary Ann Mitchell, make this affidavit under the pains and penalties of perjury this 7th day of April, 2004.

I and my family have owned the portion of the property identified in the above captioned case's complaint as the State Street property (the "Mitchell Property") for over fifty (50) years. I presently own Mitchell Property in my name only, and I alone own and control it. True and accurate copies of the deeds are attached hereto.

I have no agreement to transfer the Mitchell Property to Mr. Kenney or any company related to Mr. Kenney. I have no agreement to compensate Mr. Kenney or pay him any sums. In the event that the reader of this affidavit believes that the preceding is somehow drafted to evade some unstated obligation or interest, I unequivocally state that I am the sole and only owner of any and all interests in the Mitchell Property, with absolutely no obligation, agreement, or decision to compensate or pay Mr. Kenney or any corporation in which he has an interest or involvement.

By way of further information, my parents purchased approximately 4 1/2 acres in June, 1946, and supplemented with approximately 60 acres in April, 1950. Almost immediately, in 1952, my father contacted the neighboring property owner concerning their interest in transferring a portion of their property because it was better suited to the Mitchells.

In 1988, the Lamities contacted me about checking out our boundaries. With the help of a forester in 1989, we walked our land together. I decided to go a step further and have my property surveyed.

In 1989 I filed a Forest management Plan, Chapter 61, that remained active for more than ten (10) years.

Beginning in 1997, the Lamities and I began working seriously to put our respective properties together to achieve a successful development. Combining the properties would provide access from two streets (State Street and Summit Street), and provide access to a landlocked parcel. Jim Kenney provided us informal advice about procedures. I made no promise about compensation or transferring any of the parcels to Mr. Kenney or any corporation. Indeed, it was expressly understood that there was to be no compensation in anyway, with the possible exception of him being a listing agent whereupon he would receive a commission as a broker. However, all properties would be sold to the highest bidder/offeror. Since Mr. Kenney is no longer a broker, he cannot and will not receive any commission, or any other compensation from me.

Over the past few years, the Lamities and I together have spent time and considerable resources preparing the property. We have spent significant funds, including funds for surveys that exceeded $20,000 for the two of us combined. The Lamities and I split the cost for the Preliminary Plan Application (a total cost of $2,350.00). Mr. Kenney has paid for no expenses.

I have loaned Mr. Kenney funds. These are separate transactions, and are unrelated to the properties in any way. Presently, Mr. Kenney owes me $56,200.00 plus interest.

I am seventy years old, and I receive a teacher's pension. I do not receive any Social Security benefits. Although I own my home (a condominium) and have other savings, the Mitchell Property is my primary asset and I look to it for income as I sell portions.

I have also reviewed the Motion to Dissolve the Attachment and the facts set forth in this motion as to me are true and accurate.

*Mary Ann Mitchell*
Mary Ann Mitchell