COMMONWEALTH OF MASSACHUSETTS

HAMPSHIRE, ss.  UNITED STATES DISTRICT COURT
CIVIL ACTION NO.: 04-30060-KPN

CHESWELL, INC.,  )
    Plaintiff  )
  )
v.  )
  )
JAMES F. KENNEY, SUSAN M. KENNEY,  )
MITCHELL R. DZWONKOWSKI, PAUL  )
COSMAN, JR., CHERYL COSMAN, MARY  )
ANN MITCHELL, MARGARET C. LAMITIE,  )
TRUSTEE OF THE LAMITIE REVOCABLE  )
TRUST, J.F. KENNEY CORPORATION  )
    Defendants  )

## ANSWER OF DEFENDANT MITCHELL R. DZWONKOSKI

1. No response in needed for Paragraph one (1) as it is a statement that does not relate to this Defendant. Any allegations contained in Paragraph one (1) insinuating this defendant are denied.

2. No response is needed for Paragraph two (2) as it is a statement that does not relate to this Defendant.

3. No response is needed for Paragraph three (3) as it is a statement that does not relate to this Defendant.

4. No response is needed for Paragraph four (4) as it is a statement that does not relate to this Defendant.

5. No response is needed for Paragraph five (5) as it is a statement that does not relate to this Defendant.

6. No response is needed for Paragraph six (6) as it is a statement that does not relate to this Defendant.

7. No response is needed for Paragraph seven (7) as it is a statement that does not relate to this Defendant.

8. Admitted, however correct spelling of Defendant's last name is Dzwonkoski.

9. No response is needed for Paragraph nine (9) as it is a statement that does not relate to this Defendant.

10. No response is needed for Paragraph ten (10) as it is a statement that does not relate to this Defendant.

11. No response is needed for Paragraph eleven (11) as it is a statement that does not relate to this Defendant.

12. No response is needed for Paragraph twelve (12) as it is a statement that does not relate to this Defendant.

13. No response is needed for Paragraph thirteen (13) as it is a statement that does not relate to this Defendant.

14. No response is needed for Paragraph fourteen (14) as it is a statement that does not relate to this Defendant.

15. No response is needed for Paragraph fifteen (15) as it is a statement that does not relate to this Defendant.

16. No response is needed for Paragraph sixteen (16) as it is a statement that does not relate to this Defendant.

17. No response is needed for Paragraph seventeen (17) as it is a statement that does not relate to this Defendant.

18. No response is needed for Paragraph eighteen (18) as it is a statement that does not relate to this Defendant.

19. No response is needed for Paragraph nineteen (19) as it is a statement that does not relate to this Defendant.

20. No response is needed for Paragraph twenty (20) as it is a statement that does not relate to this Defendant.

21. No response is needed for Paragraph twenty-one (21) as it is a statement that does not relate to this Defendant. Any part of the claim in Paragraph twenty-one (21) insinuating this Defendant is denied.

22. No response is needed for Paragraph twenty-two (22) as it is a statement that does not relate to this Defendant.

23. No response is needed for Paragraph twenty-two (23) as it is a statement that does not relate to this Defendant.

24. Defendant admits that property was sold to Susan M. Kenney, however any part of Paragraph twenty-four (24) insinuating this Defendant is denied.

25. Defendant admits the allegations contained in Paragraph twenty-five (25).

26. No response is needed for Paragraph twenty-six (26) as it is a statement that does not relate to this Defendant.

27. Defendant denies the allegations contained in Paragraph twenty-seven (27).

28. No response is needed for Paragraph twenty-eight (28) as it is a statement that does not relate to this Defendant.

29. No response is needed for Paragraph twenty-nine (29) as it is a statement that does not relate to this Defendant.

30. No response is needed for Paragraph thirty (30) as it is a statement that does not relate to this Defendant.

31. No response is needed for Paragraph thirty-one (31) as it is a statement that does not relate to this Defendant.

32. No response is needed for Paragraph thirty-two (32) as it is a statement that does not relate to this Defendant.

33. No response is needed for Paragraph thirty-three (33) as it is a statement that does not relate to this Defendant.

34. No response is needed for Paragraph thirty-four (34) as it is a statement that does not relate to this Defendant.

35. No response is needed for Paragraph thirty-five (35) as it is a statement that does not relate to this Defendant.

36. No response is needed for Paragraph thirty-six (36) as it is a statement that does not relate to this Defendant.

37. No response is needed for Paragraph thirty-seven (37) as it is a statement that does not relate to this Defendant.

38. No response is needed for Paragraph thirty-eight (38) as it is a statement that does not relate to this Defendant.

39. No response is needed for Paragraph thirty-nine (39) as it is a statement that does not relate to this Defendant.

40. No response is needed for Paragraph forty (40) as it is a statement that does not relate to this Defendant.

41. No response is needed for Paragraph forty-one (41) as it is a statement that does not relate to this Defendant.

42. No response is needed for Paragraph forty-two (42) as it is a statement that does not relate to this Defendant.

43. No response is needed for Paragraph forty-three (43) as it is a statement that does not relate to this Defendant.

44. No response is needed for Paragraph forty-four (44) as it is a statement that does not relate to this Defendant.

45. No response is needed for Paragraph forty-five (45) as it is a statement that does not relate to this Defendant. Any part of the claim in Paragraph forty-five (45) insinuating this Defendant is denied.

46. No response is needed for Paragraph forty-six (46) as it is a statement that does not relate to this Defendant.

47. Defendant denies the allegations contained in Paragraph forty-seven (47).

48. Defendant is without sufficient information and belief as to the allegations contained in Paragraph forty-eight (48) but to such degree they allege facts insinuating this Defendant are denied.

49. Defendant denies any liability in such recovery as stated in Paragraph forty-nine (49).

50. No response is needed for Paragraph fifty (50) as it is a statement that does not relate to this Defendant.

51. No response is needed for Paragraph fifty-one (51) as it is a statement that does not relate to this Defendant.

52. No response is needed for Paragraph fifty-two (52) as it is a statement that does not relate to this Defendant.

53. No response is needed for Paragraph fifty-three (53) as it is a statement that does not relate to this Defendant.

54. No response is needed for Paragraph fifty-four (54) as it is a statement that does not relate to this Defendant.

55. No response is needed for Paragraph fifty-five (55) as it is a statement that does not relate to this Defendant.

56. No response is needed for Paragraph fifty-six (56) as it is a statement that does not relate to this Defendant.

57. No response is needed for Paragraph fifty-seven (57) as it is a statement that does not relate to this Defendant.

58. No response is needed for Paragraph fifty-eight (58) as it is a statement that does not relate to this Defendant.

59. No response is needed for Paragraph fifty-nine (59) as it is a statement that does not relate to this Defendant.

60. No response is needed for Paragraph sixty (60) as it is a statement that does not relate to this Defendant.

61. No response is needed for Paragraph sixty-one (61) as it is a statement that does not relate to this Defendant, but to such degree Paragraph sixty-one (61) alleges facts insinuating this Defendant are denied.

62. No response is needed for Paragraph sixty-two (62) as it is a statement that does not relate to this Defendant.

63. No response is needed for Paragraph sixty-three (63) as it is a statement that does not relate to this Defendant.

64. No response is needed for Paragraph sixty-four (64) as it is a statement that does not relate to this Defendant.

65. No response is needed for Paragraph sixty-five (65) as it is a statement that does not relate to this Defendant.

66. No response is needed for Paragraph sixty-six (66) as it is a statement that does not relate to this Defendant.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' complaint should be dismissed as they fail to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiff's complaint should be dismissed as Defendant Dzwonkoski had a privilege pursuant to law to take all actions which he has taken.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiff's complaint should be dismissed as it is barred by res judicata.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's complaint should be dismissed as it is barred by the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's complaint should be dismissed as there is no contract between the Plaintiff and Defendant Dzwonkoski enabling him to recover.

## SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's complaint must fail as any injuries suffered by the Plaintiff are the result of acts by third-parties not under the control of this Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff's complaint should be dismissed as they have no standing to bring this action.

## EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff's complaint should be dismissed as it is barred by laches.

RESPECTFULLY SUBMITTED,
DEFENDANT DZWONKOSKI
By His Attorney,

Date: 4/3/04

By: _____
Lawrence J. Farber
BBO#: 547996
30 Boltwood Walk
Amherst, MA 01002
(413) 256-8429

## CERTIFICATE OF SERVICE

I, Lawrence J. Farber, hereby certify that on this 3 day of April 2004, I served upon the following counsel for all parties or the party itself if unrepresented the foregoing ANSWER OF DEFENDANT MITCHELL R. DZWONKOSKI by mailing the same prepaid first class mail.

Signed under the pains and penalties of perjury.

_____
Lawrence J. Farber

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas
1500 Main Street, Suite 2700
Springfield, MA 01115

James F. Kenney
Susan M. Kenney
72 Oakridge Drive
Belchertown, MA 01007

J.F. Kenney Corporation
1269 Federal Street
P.O. Box 648
Belchertown, MA 01007

Paul Cosman, Jr.
Cheryl Cosman
30 Stoneybrook Road
North Grafton, MA 01536

Mary Ann Mitchell
19 Anderson Road
Chicopee, MA 01022

Margaret C. Lamitie
1204 Mt. Elbert Drive
Leadville, CO 80461