April 14, 2004

Magistrate Judge Kenneth P. Neiman
United States Federal Building
1550 Main Street
Springfield, MA 01103

Dear Judge Neiman:

I am writing you to express my extreme anger over the actions of Attorney Felicity Hardee.

This attempt to defame the reputations of myself, the Lamities, Mary Ann Mitchell, the Cosmans and the Dzwonkowskis must be stopped. These people are of impeccable reputations, morals and ethics.

While my husband James Kenney must be responsible for his choice of business associates and the actions relating there to, plus his poor choice of legal counsel. I, on the other hand do take the great exceptions to this Attorney Hardee being able to go unchecked in trying to destroy these people for no other reason than the fact that they know my husband through various ways is not right.

If Attorney Hardee had done a thorough background check, she would have found out that clearly her latest complaint is completely false.

I thank you for your time on this matter.

Respectfully,

*Susan M. Kenney*
Susan M. Kenney