UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No,: 04-30060-KPN

CHESWELL, INC.,
    Plaintiff    )
v.    )
    )
James F. Kenney, et al.,    )
    Defendant    )

**ANSWER OF DEFENDANT J.F. KENNEY CORP.**

**Unfortunately this company cannot answer due to the understanding that it must be answered by an attorney of law and not the owner Susan Kenney.**

**I apologize, however due to being fired from numerous projects as a direct result of action by Attorney Felicity Hardee, the company does not have the funds to retain counsel on it's behalf.**

**In the event J.F. Kenney Corp. had the fiancial ability to retain counsel, it's answers would certainly mirror those of Susan M. Kenney and James F. Kenney.**

**Thank you for your attention to this matter.**

**Respectfully yours;**

*Susan M. Kenney* (signature)
**Susan M. Kenney,**
**President & Treasuruer**