UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 04-30060-KPN

| | |
|---|---|
| CHESWELL, INC.,<br>    Plaintiff<br><br>v.<br><br>JAMES F. KENNEY, SUSAN M. KENNEY,<br>MITCHELL R. DZWONKOWSKI,<br>PAUL COSMAN, JR., CHERYL COSMAN,<br>MARY ANN MITCHELL,<br>MARGARET C. LAMITIE, TRUSTEE OF<br>THE LAMITIE REVOCABLE TRUST,<br>J.F. KENNEY CORPORATION<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION OF THE DEFENDANT MARGARET C. LAMITIE, TRUSTEE OF THE LAMITIE REVOCABLE TRUST, FOR RELIEF FROM REAL ESTATE ATTACHMENT

Now comes Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, and moves this Honorable Court for relief from the real estate attachment placed upon her property, on the grounds that said attachment was granted unlawfully and that neither James F. Kenney, the J.F. Kenney Corporation, or any other individual or entity owns any interest in the attached property which could be attached to satisfy a judgment entered against James F. Kenney (individually) or the J.F. Kenney Corporation.

### Certification pursuant to LR D.Mass 7.1(A)(2).

Counsel for the Defendant, Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, hereby certifies that he has contacted Plaintiff's counsel in this action, in a good faith attempt to resolve or narrow the issues set forth in this motion. Based upon this contact, counsel for the

Defendant, Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, believes that a hearing on the merits of the above-referenced Motion for Relief From Real Estate Attachment is necessary.

The Petitioner further relies on the Affidavit of Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, Memorandum of Law, and Affidavit of James F. Kenney, all of which are attached hereto, incorporated herein by reference, and made a part hereof.

### REQUEST FOR ORAL ARGUMENT

The Petitioner respectfully requests an oral argument before this Honorable Court as to the Defendant's Motion for Relief from Real Estate Attachment, pursuant to Fed.R.Civ.P. 64 and Mass.R.Civ.P. Rule 4.1.

Respectfully Submitted,
The Defendant,
**MARGARET C. LAMITIE, AS TRUSTEE OF THE LAMITIE REVOCABLE TRUST**

By her/its Attorney,

Dated: 4/20/04

John M. McLaughlin
MORSE & SACKS
31 Trumbull Road
Northampton, MA 01060
(413) 584-1287
BBO No. 556328