UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-KPN

| | |
|---|---|
| CHESWELL, INC.,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| JAMES F. KENNEY, SUSAN M. KENNEY,<br>MITCHELL R. DZWONKOWSKI,<br>PAUL COSMAN, JR., CHERYL COSMAN,<br>MARY ANN MITCHELL,<br>MARGARET C. LAMITIE, TRUSTEE OF<br>THE LAMITIE REVOCABLE TRUST,<br>J.F. KENNEY CORPORATION<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF DEFENDANT JAMES F. KENNEY IN SUPPORT OF MOTION OF THE DEFENDANT MARGARET C. LAMITIE, TRUSTEE OF THE LAMITIE REVOCABLE TRUST, FOR RELIEF FROM REAL ESTATE ATTACHMENT

Now comes James F. Kenney, Defendant in the above-entitled action, and, making this affidavit under the penalties of perjury, states that the allegations made below are true of his own knowledge, information and belief and, so far as the facts are stated to be upon information and belief, he believes such information to be true.

1.  My name is James F. Kenney.

2.  I am an agent of J. F. Kenney Corp., a Massachusetts corporation with a principal place of business at 1269 Federal Street, Belchertown, Massachusetts.

3.  I am of legal age, and I reside with my wife Susan M. Kenney at 72 Oakridge Drive, Belchertown, Hampshire County, Massachusetts.

4.  Several years ago, I made the acquaintance of Margaret C. Lamitie.

5. I learned that Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, is the owner of a parcel of land located on State Street and Summit Street, Belchertown, Massachusetts (hereafter "the Belchertown Property")

6. I also made the acquaintance of Mary Ann Mitchell, and I learned that she owned the adjacent parcel of land located on State Street and Summit Street, Belchertown, Massachusetts.

7. Since meeting Mary Ann Mitchell and Margaret C. Lamitie, I have helped them prepare filings for local Boards in Belchertown in order to facilitate the development of the Belchertown Property.

8. I do not now own, nor have I ever owned, any interest in the Belchertown Property.

9. No company I own has, or ever had, any interest in the Belchertown Property.

10. I have never entered into a written agreement with Margaret C. Lamitie regarding the Belchertown Property.

11. There was never an agreement as to whether or not I would be paid for the work I performed for Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust.

12. I hereby disavow and disaffirm owning any right, title, and/or interest in the Belchertown Property.

SUBSCRIBED AND SWORN TO, UNDER THE PAINS AND PENALTIES OF PERJURY, this 19th day of April, 2004.

_____
James F. Kenney, Individually and
As agent of J.F. Kenney Corporation

**COMMONWEALTH OF MASSACHUSETTS**

Hampshire, SS.

    Before me personally appeared the above-named James F. Kenney on April 19, 2004, and acknowledged the foregoing instrument as his free act and deed and the free act and deed of J.F. Kenney Corp. Witness my hand and official seal.

_____
Sandra A. DeBruyn, Notary Public
My commission expires: 04/23/10