✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS

| | |
|---|---|
| CHESWELL, INC. | **NOTICE** |
| V. | |
| JAMES KENNEY, et al. | CASE NUMBER:    04cv30060-MAP |

TYPE OF CASE:

☒  CIVIL            CRIMINAL

☒  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | April 22, 2004 at 10:30 a.m. |

TYPE OF PROCEEDING

ORAL ARGUMENT ON MOTIONS TO DISSOLVE REAL ESTATE ATTACHMENT
(Doc. Nos. 18 and 27)

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| April 20, 2004 | /s/ Bethaney A. Healy |
| DATE | (BY) DEPUTY CLERK |

TO:     All Counsel of Record