UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-KPN

| | |
|---|---|
| CHESWELL, INC., <br> Plaintiff <br><br> v. <br><br> JAMES F. KENNEY, SUSAN M. KENNEY, <br> MITCHELL R. DZWONKOWSKI, <br> PAUL COSMAN, JR., CHERYL COSMAN, <br> MARY ANN MITCHELL, <br> MARGARET C. LAMITIE, TRUSTEE OF <br> THE LAMITIE REVOCABLE TRUST, <br> J.F. KENNEY CORPORATION <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2004, I served upon the other parties in this action the Defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust's Answer with Counterclaims and Cross-Claims, Motion for Relief from Real Estate Attachment, with accompanying Memorandum of Law in support thereof, Affidavit of the Defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, with Attachments A. through D. annexed, and Affidavit of the Defendant James F. Kenney by hand-delivering true copies thereof to:

    Felicity Hardee, Esq.
    Attorney for the Plaintiff
    Bulkley, Richardson and Gelinas, LLP
    1500 Main Street – Suite 2700
    Post Office Box 15507
    Springfield, MA   01115-5507

and by mailing, via first-class mail, to the following:

Louis S. Robin, Esq.
Attorney for the Defendant Mary Ann Mitchell
Fitzgerald O'Brien Robin & Shapiro
1200 Converse Street
Longmeadow, MA   01106

James F. Kenney, pro se Defendant
72 Oakridge Drive
Belchertown, MA   01007

_____
John M. McLaughlin
MORSE & SACKS
31 Trumbull Road
Northampton, MA   01060
(413) 584-1287
BBO No. 556328