SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-KPN

| | |
|---|---|
| CHESWELL, INC., )<br>        Plaintiff )<br> )<br>v. )<br> )<br>JAMES F. KENNEY, et al., )<br>        Defendants ) | AFFIDAVIT OF<br>FELICITY HARDEE |

I, Felicity Hardee, depose and state as follows:

1. I represent Cheswell, Inc. in this matter.

2. Attached hereto as Exhibit A is a photograph I took on property located on Route 202, also known as State Street, in Belchertown, Massachusetts. The photograph was taken on April 6, 2004. I believe that the photograph is of property owned by Mary Ann Mitchell. This is because I checked a copy of the preliminary subdivision plan I obtained from the Planning Department for the Town of Belchertown to ascertain the location of Mrs. Mitchell's property on State Street before taking the photograph.

Signed under the penalty of perjury this 21st day of April, 2004.

_____
Felicity Hardee

# EXHIBIT A

