UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-KPN

| | |
|---|---|
| CHESWELL, INC., ) | |
|     Plaintiff ) | AFFIDAVIT OF |
| ) | SUZANNE HARRINGTON |
| v. ) | IN OPPOSITION TO |
| ) | MOTION TO DISSOLVE |
| JAMES F. KENNEY, et al., ) | ATTACHMENT |
|     Defendants ) | |

I, Suzanne Harrington, depose and state as follows:

1. I am the treasurer of Cheswell, Inc.

2. Attached hereto as Exhibit A is a true and accurate copy of a photograph I took on September 12, 2003, of undeveloped land along Route 202 (a/k/a State Street) in Belchertown, Massachusetts. The property caught my attention because of a sign indicating that it was being developed by J. F. Kenney Corp.

3. After taking the photograph on September 12, 2003, I went to the Belchertown town offices to review the tax maps on record to determine the owner of the property depicted on Exhibit A. Mary Ann Mitchell was listed as the owner.

4. Attached hereto as Exhibit B is a true and accurate copy of an article published in the Springfield Union News on October 31, 2003, stating that, "In August, [Mr. Kenney] said he planned to focus on building a subdivision along Route 202 through a development company in the name of his wife, Susan Kenney."

5. Attached hereto as Exhibit C is a true and accurate copy of the Annual Report filed with the Massachusetts Secretary of the Commonwwalth for J. F. Kenney

# EXHIBIT A



# EXHIBIT B

# Former Realtor yields license

**By JENNIFER PICARD**
Staff writer
jpicard@repub.com

BELCHERTOWN – Former Realtor and RE-MAX franchise owner James F. Kenney has voluntarily surrendered his broker's license, and has admitted to commingling deposits with general business funds during his ownership of RE-MAX Prime Properties.

Under an agreement made with the state's Board of Registration of Real Estate Brokers and Salespersons on Sept. 29, Kenney, 42, may not re-apply for a license to sell real estate for another two years.

Several of his former agents filed complaints with the board in 2002 and 2003, alleging that Kenney was either tardy with, or never produced, deposits and commissions owed to homebuyers and real estate agents. The allegations were first outlined in this newspaper on May 4.

Gayle Mathers of Williamsburg, one of Kenney's former agents, said yesterday she was pleased to hear that Kenney is barred from the business. But the loss of his license, within the context of his overall business practices, is not enough, she said.

It is "much too little a punishment," she said.

"To me, it's kind of like putting out the California brush fires with a squirt bottle," Mathers said. "I am still out $25,000. I won't rest and feel at peace about this until something happens to him in the legal system."

Mathers said that Kenney owes her money for commissions and deposits stemming from the sale of properties in South Hadley and Williamsburg. She said she had filed one complaint with the board after Kenney failed to produce a deposit on a South Hadley sale; Kenney produced the deposit a month after the sale's scheduled closing date.

Mathers filed a complaint with the state Attorney General's Office. After a preliminary inquiry, the office's criminal bureau declined to investigate further, according to a letter Mathers received from Assistant Attorney General Matthew J. Shea last August.

Kenney did not return calls seeking comment. He was the owner of RE-MAX Prime Properties Real Estate on Main Street from 1999 until late 2002, when RE-MAX New England officials terminated their franchise contract with him due to contractual violations.

Over the past year, Kenney's development corporation, Premier Homes and Land, has filed for bankruptcy. Premier's office building and land at and behind 37 Main St. is being sold by a bankruptcy court trustee.

[redacted] so, deputy director of the Division of Professional Licensure, said that Kenney "was very cooperative with the board, and very apologetic."

She said, "I (got) the sense that he was just someone who had no administrative capability and just got in over his head." Kenney's license surrender essentially closes the complaints lodged against him, which in turn made the related documents public.

In these complaints, Kenney is accused of bouncing checks, not having deposits available in time for closings, and of owing agents commission money. His written responses to the complaints generally claim that accounting errors were to blame for the late deposits.



Union-News 10/31/03

---

# No strings attached.

Charlie Ryan is **his own man** – an honorable man. He wants to be elected because *he cares so deeply* about Springfield. Charlie always speaks the truth. If the emperor has no clothes, Charlie **speaks out**. And he won't be swayed by influence peddlers. Springfield needs a new day – one in which self-interest takes a back seat and *doing what's best* for the City rules the day. Charlie Ryan **did it** before,





# EXHIBIT C

Case 3:04-cv-30060-MAP    Document 36    Filed 04/22/2004    Page 7 of 8

7. State the names and addresses of the officers and of all the directors of the corporation, and the date on which the term of office of each expires:
*(A president, treasurer, clerk, and at least one director are required.)*

| | |
|---|---|
| **Title:** CLERK | **Expiration of Term:** 12/31/05 |
| **First Name:** JAMES    **Middle Name:** FRANCIS | **Last Name:** KENNEY |
| **Residential Address:** 72 OAKRIDGE DR. | |
| **City:** BELCHERTOWN    **State:** MA | **Zip:** 01007 |
| **Country:** USA | |
| | |
| **Title:** DIRECTOR | **Expiration of Term:** 12/31/05 |
| **First Name:** SUSAN    **Middle Name:** | **Last Name:** KENNEY |
| **Residential Address:** 72 OAKRIDGE DR. | |
| **City:** BELCHERTOWN    **State:** MA | **Zip:** 01007 |
| **Country:** USA | |
| | |
| **Title:** PRESIDENT | **Expiration of Term:** 12/31/05 |
| **First Name:** SUSAN    **Middle Name:** | **Last Name:** KENNEY |
| **Residential Address:** 72 OAKRIDGE DR. | |
| **City:** BELCHERTOWN    **State:** MA | **Zip:** 01007 |
| **Country:** USA | |
| | |
| **Title:** TREASURER | **Expiration of Term:** 12/31/05 |
| **First Name:** SUSAN    **Middle Name:** | **Last Name:** KENNEY |
| **Residential Address:** 72 OAKRIDGE DR. | |
| **City:** BELCHERTOWN    **State:** MA | **Zip:** 01007 |
| **Country:** USA | |

**I, the JAMES FRANCIS KENNEY the undersigned , of the above-named corporation, in compliance with the General Laws, Chapter 156B, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this 25 Day of August, 2003.**

© 2001 Secretary of the Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 200351011470   Date: 08/25/2003



## The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**Special Instructions**

---

Federal Identification Number: 000708366

**1. The exact name of the coporation is:**   J. F. KENNEY CORP.

**2a. Location of its principal office in Massachusetts:**

| | | | | | |
|---|---|---|---|---|---|
| **No. and Street:** | 1269 FEDERAL ST. | | | | |
| | P.O. BOX 648 | | | | |
| **City or Town:** | BELCHERTOWN | **State:** MA | **Zip:** 01007 | | **Country:** USA |

**2b. NOTE: If corporation is organized wholly to do business outside Massachusetts, state location of that office also:**

**No. and Street:**

**City or Town:**            **State:**      **Zip:**       **Country:**

**3. Name and address of the Resident Agent, if any:**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | SUSAN M. KENNEY | | | | |
| **No. and Street:** | 72 OAKRIDGE DR. | | | | |
| **City or Town:** | BELCHERTOWN | **State:** MA | **Zip:** 01007 | | **Country:** USA |

**4. Date of the end of the last fiscal year was:** 12/31/2002

**5. Check here if the corporation stock is publicly traded:**

**6. The capital stock of each class as of the end of its last fiscal year was:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization of Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | Num of Shares |
| CNP | $0.00 | 20,000 | $0.00 | 20,000 |
| CNP | $0.00 | 20,000 | $0.00 | 20,000 |

0-6607-0