UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-KPN

| | | |
|---|---|---|
| CHESWELL, INC., et al., | ) | |
| Plaintiffs | ) | |
| | ) | AFFIDAVIT OF |
| v. | ) | CATHY A. TERRY |
| | ) | |
| JAMES F. KENNEY, et al., | ) | |
| Defendants | ) | |

I, Cathy A. Terry, depose and state as follows:

1.    I am a paralegal with the law firm of Bulkley, Richardson and Gelinas, LLP representing Cheswell, Inc. in this matter.

2.    Attached hereto as Exhibit A are photographs I took of property located on Route 202, also known as State Street, in Belchertown, Massachusetts on April 16, 2004. I believe that the photographs are of property owned by Mary Ann Mitchell because I checked the preliminary subdivision plan submitted to the Planning Department for the Town of Belchertown, a copy of which is in our offices, to ascertain the location of Mrs. Mitchell's property on State Street before taking the photographs.

Signed under the penalty of perjury this 22 day of April, 2004.

_Cathy A. Terry_
Cathy A. Terry

EXHIBIT A



