UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-KPN

| | | |
|---|---|---|
| CHESWELL, INC., | ) | |
| Plaintiff | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| JAMES F. KENNEY, et al., | ) | |
| Defendant | ) | |

I hereby certify that a true copy of the following documents were served by hand upon the attorneys of record for Margaret Lamitie, Trustee of the Lamitie Revocable Trust, and Mary Ann Mitchell; by first class mail to the attorney of record for Mitchell Dzwonkoski; and by first class mail to Paul and Cheryl Cosman, and James and Susan Kenney individually and for J.F. Kenney Corporation, on April 22, 2004:

- Plaintiff's Opposition to Defendant Mary Ann Mitchell's Motion to Dissolve Real Estate Attachment

- Plaintiff's Opposition to Defendant Margaret C. Lamitie's Motion for Relief from Real Estate Attachment

- Affidavit of Felicity Hardee

- Affidavit of Suzanne Harrington In Opposition to Motion to Dissolve Attachment

- Affidavit of Cathy A. Terry

Felicity Hardee
Felicity Hardee