UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

CHESWELL, INC

V.

JAMES KENNEY

CA/CR No. 04-30060

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __NEIMAN__ for the following proceedings:

(A) [ ]   Referred for full pretrial case management, including all dispositive motions.

(B) [ ]   Referred for full pretrial case management, not including dispositive motions:

(C) [ ]   Referred for discovery purposes only.

(D) [ ]   Referred for Report and Recommendation on:

   ( ) Motion(s) for injunctive relief
   ( ) Motion(s) for judgment on the pleadings
   ( ) Motion(s) for summary judgment
   ( ) Motion(s) to permit maintenance of a class action
   ( ) Motion(s) to suppress evidence
   ( ) Motion(s) to dismiss
   ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E)   Case referred for events only.  See Doc. No(s). ___#27_____

(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   ( ) In accordance with Rule 53, F.R.Civ.P.
   ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   Special Instructions: _____

_____

4/22/04
Date

By: ____/s/Elizabeth A. French_____
Deputy Clerk

**(OrRef for pdf.wpd - 05/2003)**

---

[1]   See reverse side of order for instructions