UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cheswell, Inc., et al.,
       Plaintiff

v.                            CIVIL ACTION NO. 04-30060 -MAP

James F. Kenney, et al.,
       Defendants

### PRELIMINARY INJUNCTION AND ORDER

[handwritten annotation: → the motion of Defendant Mary Ann Mitchell to dissolve the Attachment and]

The Court, after hearing on the Motion of the Defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, for Relief for Real Estate Attachment and the plaintiff's opposition thereto, hereby enters the following order and preliminary injunction:

[handwritten insertion: 1. Both motions (Documents No. 16 and 27) are hereby ALLOWED and the Attachment is hereby dissolved.]

2. The defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, [may] owes a debt to the defendant James F. Kenney or J. F. Kenney Corporation or both of them for services rendered in connection with the development of a subdivision on property owned by Mrs. Lamitie located on Summit Street, Belchertown, Massachusetts, recorded in the Hampshire County Registry of Deeds, Book 6312, Page 232, in an amount to be determined by the court;

[handwritten: By agreement on its part,]

3. The defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust is enjoined and prohibited from making any payments on the debt [or transferring any money] to Mr. Kenney, [Susan M. Kenney,] or J. F. Kenney Corporation or ~~both of them but shall make such payments to Cheswell, Inc.;~~ [any corporation in which they have an ownership interest;]

~~3. The proceeds of the sale of the abovementioned property shall be applied to the debts that Mr. Kenney or J. F. Kenney Corporation owe or shall in the future owe the plaintiff, Cheswell, Inc.;~~

~~4. The defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust is enjoined and prohibited from selling, transferring, mortgaging or encumbering the real estate, without making the aforementioned payment to Cheswell, Inc.;~~

4. By agreement on her part, defendant Mary Ann Mitchell is enjoined and prohibited from making any payments or transferring any money to Mr. Kenney, Susan M. Kenney, J.F. Kenney Corporation or any Corporation in which they have an ownership interest.

All until further order of the court.

~~5. The Writ of Attachment previously approved on March 24, 2004, is hereby amended, in accordance with the foregoing order.~~

Dated at ___Springfield___ this __22__ day of ___April___, 2004.

SEAL

By: _____
Magistrate Judge