COMMONWEALTH OF MASSACHUSETTS

HAMPSHIRE, ss.                    UNITED STATES DISTRICT COURT
                                  CIVIL ACTION NO:

CHESWELL, INC.,                        )
       Plaintiff                       )
                                       )
       v.                              )
                                       )
JAMES F. KENNEY, SUSAN M. KENNEY,      )
MITCHELL R. DZWONKOWSKI, PAUL          )
COSMAN, JR., CHERYL COSMAN, MARY       )
ANN MITCHELL, MARGARET C. LAMITIE,     )
TRUSTEE OF THE LAMITIE REVOCABLE       )
TRUST, J.F. KENNEY CORPORATION,        )
       Defendant                       )

**DEFENDANT DZWONKOSKI'S REQUEST FOR ADMISSIONS**

Pursuant to the Massachusetts Rules of Civil Procedure Rule 36, Defendant Dzwonkoski requests that the Plaintiff, Cheswell, Inc., admit the following under oath and that service of the Plaintiff's reply to this Request for Admissions be made upon the undersigned within thirty (30) days of service of this Request. Where the admission request contains lettered subparts, Plaintiff is requested to admit or deny each subpart. Please admit that:

1. The property concerning Defendant Dzwonkoski in the above legal action is described as 8.4 acres of land at the intersection of Old Amherst Road and Federal Street on the southerly side of said Federal Street and the easterly side of said Old Amherst Road (hereafter "Subject Premises").

2. Defendant Dzwonkoski, SELLER, and Defendant J. F. Kenney Corporation, BUYER, executed a contractual agreement for the purchase and sale of the Subject Premises on October 23, 2002 (hereafter Assignment of Contract).

3. The Assignment of Contract between Defendant Dzwonkoski and Defendant James F. Kenney was witnessed and signed by Robert L. Ward.

4. Attached to the Assignment of Contract is a Purchase and Sale Amendment that lists six (6) conditions to the sale of the Subject Premises signed by Mitchell Dzwonkoski, SELLER, and James F. Kenney, BUYER dated October 23, 2002.

5. Mitchell Dzwonkoski, Seller, agreed to two hundred thousand dollars ($200,000.00) in consideration offered by James F. Kenney, Buyer for the sale of the Subject Premises on October 23, 2002.

6. Defendant Dzwonkoski received twenty thousand dollars ($20,000.00) towards a down payment on the Subject Premises from Defendant James F. Kenney before November 15, 2002.

7. Defendant Mitchell Dzwonkoski, lender, entered into a mortgage agreement with Defendant Susan M. Kenney, borrower, to secure the outstanding payment of one hundred and eighty thousand dollars ($180,000.00) on December 5, 2002.

8. Defendant Dzwonkoski was informed of a real estate attachment on all property owned by Premier in Hampshire County, Massachusetts on December 11, 2002 at approximately 9:00 am.

9. Plaintiff Cheswell, Inc. has no knowledge of any unreported funds given by Defendant James F. Kenney prior to December 11, 2002 to Defendant Dzwonkoski.

10. No documents exist indicating Defendant Dzwonkoski had knowledge of any legal matters between Plaintiff Cheswell, Inc., and Defendant James F. Kenney prior to December 11, 2002.

11. The payment of $200,000.00 is fair consideration for the 8.4 acre property located at Old Amherst Road.

RESPECTFULLY SUBMITTED,
DEFENDANT DZWONKOSKI,
By His Attorney,

Date: 1/25/04

By: _____
Lawrence J. Farber
BBO#: 547966
30 Boltwood Walk
Amherst, MA  01002
(413) 256-8429

## CERTIFICATE OF SERVICE

I, Lawrence J. Farber, hereby certify that on this 23 day of April 2004, I served upon the following counsel for all parties or the party itself if unrepresented the foregoing DEFENDANT DZWONKOSKI'S REQUEST FOR ADMISSIONS by mailing the same prepaid first class mail.

Signed under the pains and penalties of perjury.

Lawrence J. Farber

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas
1500 Main Street, Suite 2700
Springfield, MA 01115

James F. Kenney
Susan M. Kenney
72 Oakridge Drive
Belchertown, MA 01007

J.F. Kenney Corporation
1269 Federal Street
P.O. Box 648
Belchertown, MA 01007

Paul Cosman, Jr.
Cheryl Cosman
30 Stoneybrook Road
North Grafton, MA 01536

Louis S. Robin
Calabrese, Fitzgerald, O'Brien, Robin & Shapiro
1200 Converse Street
Longmeadow, MA 01106

John McLaughlin
Morse & Sacks
31 Trumbull Road
Northampton, MA 01060