UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060

| | | |
|---|---|---|
| CHESWELL, INC., | ) | |
| Plaintiff | ) | PLAINTIFF'S ANSWER TO |
| | ) | COUNTERCLAIMS OF |
| vs. | ) | DEFENDANT MARY ANN |
| | ) | MITCHELL |
| JAMES F. KENNEY, et al., | ) | |
| Defendant | ) | |

Plaintiff and Defendant-in-Counterclaim, Cheswell, Inc. ("Cheswell"), responds to the allegations in Defendant and Plaintiff-in-Counterclaim Mary Ann Mitchell's Counterclaim(s)[1] as follows:

### FIRST DEFENSE

Plaintiff denies the allegations contained in the Counterclaim(s).

### SECOND DEFENSE

The "Counterclaim(s)" fail or fails to state a claim upon which relief can be granted.

### THIRD DEFENSE

Defendant's claims are barred in whole or in part by the doctrine of unclean hands.

### FOURTH DEFENSE

Defendant's claims are barred in whole or in part by the doctrine of laches.

### FIFTH DEFENSE

Defendant's claims are barred in whole or in part by the doctrine of estoppel.

### SIXTH DEFENSE

Defendant's claims are barred in whole or in part by her own negligent acts or omissions or by negligent acts or omissions of third parties for whose conduct Cheswell is not responsible.

---

[1] The Defendant's Answer of Mary Ann Mitchell contains a paragraph entitled "Counterclaim(s)" but fails to allege facts upon which to rely. Plaintiff nonetheless respectfully requests this Court to accept this Answer to Counterclaims of Mary Ann Mitchell pursuant to Fed. R. Civ. P. §12(e).

## SEVENTH DEFENSE

Defendant's claims are barred in whole or in part by insufficiency of process.

## EIGHTH DEFENSE

Plaintiff's conduct was in accordance with the standard of reasonable care.

WHEREFORE, Plaintiff and Defendant-in-Counterclaim Cheswell, Inc. respectfully requests that this Court:

A. Dismiss the Counterclaim with prejudice and enter final judgment in Plaintiff's favor and against the Defendant;

B. Award Plaintiff its attorneys' fees and costs incurred in defending this action; and

C. Award Plaintiff such other relief as the Court deems just and proper.

The Plaintiff
CHESWELL, INC.
By Its Attorneys:

_Felicity Hardee_
Felicity Hardee, BBO #221230
Bulkley, Richardson and Gelinas, LLP
1500 Main Street
Springfield, MA 01115
(413) 272-6283

Dated: April 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail to the attorneys of record for Margaret Lamitie, Trustee of the Lamitie Revocable Trust, Mary Ann Mitchell, and Mitchell Dzwonkoski; to Paul and Cheryl Cosman *pro se*; and to James and Susan Kenney individually and for J.F. Kenney Corporation *pro se*, on April 27, 2004.

_Felicity Hardee_
Felicity Hardee

2