UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-MAP

| | |
|---|---|
| CHESWELL, INC., <br> **Plaintiff** <br><br> v. <br><br> JAMES F. KENNEY, SUSAN M. KENNEY, <br> MITCHELL R. DZWONKOWSKI, <br> PAUL COSMAN, JR., CHERYL COSMAN, <br> MARY ANN MITCHELL, <br> MARGARET C. LAMITIE, TRUSTEE OF <br> THE LAMITIE REVOCABLE TRUST, <br> J.F. KENNEY CORPORATION <br> **Defendants** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PRELIMINARY INJUNCTION AND ORDER AS TO THE DEFENDANT MARGARET C. LAMITIE, TRUSTEE OF THE LAMITIE REVOCABLE TRUST

The Court, after hearing on the Motion of the Defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, for Relief From Real Estate Attachment, and the plaintiff's opposition thereto, and by agreement of the parties, hereby enters the following preliminary injunction and order:

1. The Defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, may owe a debt to the defendant James F. Kenney or J. F. Kenney Corporation or both of them for services rendered in connection with the development of a subdivision on property owned by Mrs. Lamitie located on Summit Street, Belchertown, Massachusetts, recorded in the Hampshire County Registry of Deeds, Book 6312, Page 232, in an amount to be determined by the Court;

2.  The Defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, is enjoined and prohibited from making any payments on the debt or transferring any money to James F. Kenney, Susan M. Kenney, J. F. Kenney Corporation, or any corporation in which they have an ownership interest.

**ALL UNTIL FURTHER ORDER OF THE COURT.**

Dated at Springfield this 22nd day of April, 2004.

**SEAL**

By: _____, J.