UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



Civil Action No. 04-30060-MAP

| | |
|---|---|
| CHESWELL, INC., <br> **Plaintiff** <br><br> v. <br><br> JAMES F. KENNEY, SUSAN M. KENNEY, <br> MITCHELL R. DZWONKOWSKI, <br> PAUL COSMAN, JR., CHERYL COSMAN, <br> MARY ANN MITCHELL, <br> MARGARET C. LAMITIE, TRUSTEE OF <br> THE LAMITIE REVOCABLE TRUST, <br> J.F. KENNEY CORPORATION <br> **Defendants** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER AS TO THE REAL ESTATE ATTACHMENT BROUGHT AGAINST PROPERTY OF THE DEFENDANT MARGARET C. LAMITIE, TRUSTEE OF THE LAMITIE REVOCABLE TRUST

The Court, after hearing on the Motion of the Defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, for Relief From Real Estate Attachment, hereby enters the following order:

1. The Motion of the Defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, for Relief From Real Estate Attachment (#27) is HEREBY ALLOWED; and

2. The Writ of Attachment recorded in Book 07728, Page 187 of the Hampshire County Registry of Deeds, against the real estate of Margaret C. Lamitie located on Summit Street, Belchertown, Hampshire County, Massachusetts, by virtue of a deed recorded in the Hampshire County Registry of Deeds, Book 6312, Page 232, is HEREBY DISSOLVED.



Dated at Springfield, Massachusetts, this 22nd day of April, 2004.

**SEAL**

By: /s/ Kenneth P. Neiman, U.S.M.J.
KENNETH P. NEIMAN
MAGISTRATE JUDGE

May 4, 2004