

**BULKLEY, RICHARDSON AND GELINAS, LLP**

| LAW OFFICES | ROBERT B. ATKINSON | MARY J. KENNEDY | JOSHUA P. GREY |
| 1500 MAIN STREET, SUITE 2700 | ROBERT A. GELINAS | J. MICHAEL SCULLY | JENELLE C. DODDS |
| POST OFFICE BOX 15507 | STEPHEN W. SCHUPACK | JAMES C. DUDA | CHRISTINE Y. LE EEL |
| SPRINGFIELD, MA 01115-5507 | PETER ROTH | KELLY A. McCARTHY | ANDREW J. DRAYER* |
| | RONALD P. WEISS | DANIEL J. FINNEGAN | CHRISTOPHER J. SCOTT |
| TEL: (413) 781-2820 | FRANCIS D. DIBBLE, JR. | MELINDA M. PHELPS | MARY ELLEN MANCANIELLI* |
| FAX: (413) 272-6805 | HAMILTON DOHERTY, JR. | DEBORAH D. FERRITER | |
| E-MAIL: INFO@BULKLEY.COM | MICHAEL H. BURKE | JEFFREY E. POINDEXTER | |
| | PETER H. BARRY | KATHERINE A. ROBERTSON | COUNSEL |
| | DAVID A. PARKE | SANDRA J. STAUB | |
| | FELICITY HARDEE | KATHLEEN LEITAO BERNARDO | CAROL E. KAMM* |
| | CHRISTOPHER B. MYHRUM | DONN A. RANDALL* | J. PATRICK KENNEDY* |
| | GEORGE W. MARION | SCOTT W. FOSTER | PHILIP J. TARPEY, R. |
| | ELLEN M. RANDLE | ELIZABETH H. SILLIN | MARTIN D. TURPIE |
| | KEVIN C. MAYNARD | VANESSA L. SMITH | |
| | MARK D. CRESS | DEBRA A. QUINN | *RESIDENT IN BOSTON OFFICE |

April 29, 2004

Lawrence J. Farber, Esq.
30 Boltwood Walk
Amherst, MA 01002

  Re: Cheswell, Inc. v. James F. Kenney, et al.
    Civil Action. No. 04-30060-MAP

Dear Mr. Farber:

  This letter confirms our conversation yesterday regarding the voluntary withdrawal of Defendant Dzwonkoski's Request for Admissions without prejudice as filed with the court on April 27, 2004, until the exchange of automatic discovery disclosure pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. 26.2(A).

  If you agree to the above, please sign and return this letter in the enclosed addressed, stamped envelope. We then will file the original with the court.

  Please call me if you have any questions. Thank you.

          Very truly yours,

          Joshua P. Grey

Consented to:

_____  4/30/04
Lawrence J. Farber      Date

cc: Lawrence J. Farber, Esq.
  John M. McLaughlin, Esq.
  Louis S. Robin, Esq.
  Paul & Cheryl Cosman
  James & Susan Kenney (individually and
  on behalf of J.F. Kenney Corp.)