## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| CHESWELL, INC., )<br>  )<br>        Plaintiff )<br>  )<br>v. )<br>  )<br>JAMES F. KENNEY, et al., )<br>  )<br>        Defendant )<br>  ) | Civil Action No. 04-30060 |

### ORDER DISSOLVING REAL ESTATE ATTACHMENT

The Court, after hearing on the Defendant Mary Ann Mitchel's Motion to Dissolve Attachment, hereby enters the following orders:

1. The Motion To Dissolve Attachment of the Defendant Mary Ann Mitchell is **HEREBY ALLOWED**; and

2. The Writ of Attachment in favor of Cheswell, Inc., recorded in Book 7728, Page 185 of the Hampshire County Registry of Deeds, against the real estate of Mary Ann Mitchell located on State Street, Belchertown, Hampshire County, Massachusetts, by virtue of a deed recorded in the Hampshire County Registry of Deeds, Book 2825, Page 202, is **HEREBY DISSOLVED**.

Dated at Springfield, Massachusetts, this    day of May, 2004.

**SEAL**

By: _____, J.