UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-MAP

| | | |
|---|---|---|
| CHESWELL, INC., et al., | ) | |
| Plaintiffs | ) | PLAINTIFF'S MOTION |
| | ) | FOR VOLUNTARY |
| v. | ) | DISSOLUTION OF REAL |
| | ) | ESTATE ATTACHMENT |
| JAMES F. KENNEY, et al., | ) | |
| Defendants | ) | |

The plaintiff Cheswell, Inc., hereby moves for dissolution of the real estate attachment on property at 23 Wilfin Road, Yarmouth, Massachusetts. The grounds for this motion are that counsel for the plaintiff has examined certain documents and consulted with counsel for the defendants Paul and Cheryl Cosman and determined that they have a defense that they are *bona fide* purchasers for value under Mass. Gen. Laws c. 109A. While the defendants James F. Kenney and Susan Kenney are liable under the statute, it appears that the transfer of the property at 23 Wilfin Road, Yarmouth, Massachusetts is not voidable as against Mr. and Mrs. Cosman. Mass. Gen. Laws c. 109A, §9(a). Inasmuch as it appears that they had no actual knowledge of the fraudulent intent of Mr. and Mrs. Kenney, the dissolution of the real estate attachment on the property of Mr. and Mrs. Cosman is appropriate. A form of order dissolving the attachment is attached hereto as Exhibit A.

For all the foregoing reasons, the plaintiff's motion should be allowed.

                                  The Plaintiff
                                  CHESWELL, INC.
                                  By Its Attorneys:

                                  _____
                                  Felicity Hardee
                                  BBO No. 221230
                                  Bulkley, Richardson and Gelinas, LLP
                                  1500 Main Street, Suite 2700
                                  Springfield, MA  01115
                                  (413) 272-6283

Assented to:

_____   By FH
Paul Cosman, Jr.

_____   By FH
Cheryl Cosman

Dated: May 14, 2004

## CERTIFICATE OF SERVICE

    I, Felicity Hardee, hereby certify that I served a copy of the foregoing on all parties in this matter by mailing a copy of the same to Mr. and Mrs. Paul Cosman, 30 Stonybrook Road, North Grafton, MA, Louis Robin, 1200 Converse Street, Longmeadow, MA 01106, John McLaughlin, Morse & Sacks, 31 Trumbull Street, Northampton, MA 01060, Mr. and Mrs. James F. Kenney, 72 Oakridge, Belchertown, Massachusetts 01007, and J.F. Kenney Corporation, on May 14, 2004.

                                  _____
                                  Felicity Hardee

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cheswell, Inc., et al.,
        Plaintiff

v.                          CIVIL ACTION NO. 04-30060-MAP

James F. Kenney, et al.,
        Defendants

## ORDER DISSOLVING REAL ESTATE ATTACHMENT

The Court, upon consideration of the Plaintiff's Motion for Dissolution of Real Estate Attachment hereby orders the attachment on the real estate located at 23 Wilfin Road, South Yarmouth, Barnstable County, Massachusetts, title of which is vested in Paul Cosman, Jr. and Cheryl Cosman, by virtue of a deed recorded in the **Barnstable Land Court Registry, Document No. 904337 on Certificate of Title No. 168125** and more particularly described in Exhibit A attached hereto dissolved.

Dated at _____ this _____ day of _____, 2004.

**SEAL**                                      By: _____