UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-MAP

| | | |
|---|---|---|
| CHESWELL, INC., et al., | ) | |
| Plaintiffs | ) | NOTICE OF VOLUNTARY |
| | ) | DISMISSAL |
| v. | ) | |
| | ) | |
| JAMES F. KENNEY, et al., | ) | |
| Defendants | ) | |

The plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby voluntarily dismisses the action with respect to the defendants Paul Cosman and Cheryl Cosman only.

The Plaintiff
CHESWELL, INC.
By Their Attorneys:

_____
Felicity Hardee
BBO No. 221230
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
(413) 272-6283

Dated: May 14, 2004

**CERTIFICATE OF SERVICE**

I, Felicity Hardee, hereby certify that I served a copy of the foregoing on all parties in this matter by mailing a copy of the same to Mr. and Mrs. Paul Cosman, 30 Stonybrook Road, North Grafton, MA, Louis Robin, 1200 Converse Street, Longmeadow, MA 01106, John McLaughlin, Morse & Sacks, 31 Trumbull Street, Northampton, MA 01060, Mr. and Mrs. James F. Kenney, 72 Oakridge, Belchertown, Massachusetts 01007, and J.F. Kenney Corporation, on May 14, 2004.

_____
Felicity Hardee