UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-KPN

| | |
|---|---|
| CHESWELL, INC., <br>     Plaintiff <br><br> v. <br><br> JAMES F. KENNEY, SUSAN M. KENNEY, <br> MITCHELL R. DZWONKOWSKI, <br> PAUL COSMAN, JR., CHERYL COSMAN, <br> MARY ANN MITCHELL, <br> MARGARET C. LAMITIE, TRUSTEE OF <br> THE LAMITIE REVOCABLE TRUST, <br> J.F. KENNEY CORPORATION <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the Defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, in the above-entitled action.

Respectfully Submitted,

_____
Mark A. Tanner
Attorney for the Defendant Margaret C. Lamitie
Trustee of the Lamitie Revocable Trust
MORSE & SACKS
31 Trumbull Road
Northampton, MA   01060
Telephone:  (413) 584-1287
Facsimile:  (413) 584-0453
E-Mail:  (mat@morseandsacks.com)
BBO No. 649532

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2004, I served upon the other parties in this action my appearance on behalf of the Defendant Margaret C. Lamitie, Trustee of the Lamitie Revocable Trust, by hand-delivering a true copy thereof to:.

Felicity Hardee, Esq.
Attorney for the Plaintiff
Bulkley, Richardson and Gelinas, LLP
1500 Main Street – Suite 2700
Post Office Box 15507
Springfield, MA   01115-5507

and by mailing, via first-class mail, to the following:

Louis S. Robin, Esq.
Attorney for the Defendant Mary Ann Mitchell
Fitzgerald O'Brien Robin & Shapiro
1200 Converse Street
Longmeadow, MA   01106

James F. Kenney and Susan M. Kenney, pro se Defendants
72 Oakridge Drive
Belchertown, MA   01007

J. F. Kenney Corporation, pro se Defendant
1269 Federal Street
P.O. Box 648
Belchertown, MA   01007

Lawrence J. Farber, Esq.
Attorney for Mitchell Dzwonkoski
30 Boltwood Walk
Amherst, MA   01002

_____
Mark A. Tanner
MORSE & SACKS
31 Trumbull Road
Northampton, MA   01060
(413) 584-1287
E-mail: mat@morseandsacks.com
BBO No. 649532