UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cheswell, Inc., et al.,
      Plaintiff

v.     CIVIL ACTION NO. 04-30060-MAP

James F. Kenney, et al.,
      Defendants

## ORDER DISSOLVING REAL ESTATE ATTACHMENT

The Court, upon consideration of the Plaintiff's Motion for Dissolution of Real Estate Attachment hereby orders the attachment on the real estate located at 23 Wilfin Road, South Yarmouth, Barnstable County, Massachusetts, title of which is vested in Paul Cosman, Jr. and Cheryl Cosman, by virtue of a deed recorded in the **Barnstable Land Court Registry, Document No. 904337 on Certificate of Title No. 168125** and more particularly described in Exhibit A attached hereto dissolved.

Dated at Springfield this 19 day of May, 2004.

SEAL

By: /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN
      MAGISTRATE JUDGE

# EXHIBIT A

A certain parcel of land situated in Yarmouth, in the County of Barnstable and said Commonwealth of Massachusetts, bounded and described as follows:

EASTERLY         by Wilfin Road, sixty (60) feet;

SOUTHERLY     by Lot 113, one hundred fifty (150) feet;

WESTERLY       by land now or formerly of Millard P. Jones, sixty (60) feet; and

NORTHERLY     by Lot 115, one hundred fifty (150) feet.

All of said boundaries are determined by the Court to be located as shown on plan 14114-A2 (Sheet) 1 dated August 1930, drawn by George F. Clements, Civil Engineer, and filed in the Land Registration Office at Boston, a copy of which is filed in Barnstable County Registry of Deeds in Land Registration Book 11, Page 20 with Certificate of Title No. 2565 and said land is shown thereon as Lot 114.

Being the same premises conveyed to Paul Cosman, Jr. and Cheryl Cosman by deed dated February 3, 2003 in the Barnstable Land Court Registry as Document No. 904337 on Certificate of Title No. 168125.