UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-MAP

CHESWELL, INC.,
        Plaintiff    )
v.    )  NOTICE OF
    )  APPEARANCE
JAMES F. KENNEY, et als.    )
        Defendants    )

Please enter my appearance as counsel for the plaintiff Cheswell, Inc. in the above-entitled case.

*[signature]*
Joshua P. Grey
BBO No. 650544
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 272-6843
Fax: (413) 272-6805

Dated: June 17, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of June, 2004, a true copy of the above document was served upon the attorney of record for each party and upon James Kenney and Susan Kenney, pro se, individually and for J.F. Kenney Corp. by first-class mail.

*[signature]*
Joshua P. Grey