# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

|  |  |
|---|---|
| CHESWELL, INC., et al., <br>         Plaintiff <br><br> v. <br><br> JAMES F. KENNEY, et al., <br>         Defendant | Civil Action No. 04-30060-KPN |

## RESPONSE FROM DEFENDANT TO PLAINTIFF'S ACTIONS AGAINST DEFENDANTS.

Now comes Defendant James F. Kenney (hereinafter Defendant), in the above entitled action and respectfully requests the court to review this document for issues that Defendant believes has exceeded the case issues and cause as follows;

1. Defendant has on three (3) separate occasions attempted with good faith and sincerity to negotiate simple and relatively short payment terms and conditions** with plaintiff's attorney for payment of the court ordered $24,000 debt. In the **first instance**, approximately 1 year ago, plaintiff's attorney outright refused to discuss this subject by informing the Defendant that "it was to early in the case to explore this issue".

    In the **second attempt**, approximately 10 months ago by the Defendant, the Defendant called plaintiff's attorney as he was rushing his wife to the hospital with blood pressure issues while she was pregnant. Again Defendant's request was refused with an added laugh by plaintiff's attorney.

    In the **third and last attempt** to work out payment terms, the Defendant met with Plaintiff's attorney after a hearing in Magistrate Judge Neiman's Court in the outside hallway. The Plaintiff's attorney appeared to be more interested in the Defendant confirming Plaintiff's theory that Monson Bank destroyed documents. After Defendant refused to state such an untruth, Plaintiff seemed to lose interest in any dialog. When Defendant again pressed for a payment agreement, Plaintiff's attorney wanted to include Premier costs. The Defendant reminded Plaintiff's attorney of the Bankruptcy avenue available and Plaintiff's attorney then stated she would talk to her clients and get back to Defendant with a response. To date no response has ever been issued to Defendant's knowledge either by phone or mail.

    ** $24,000 at 8% per annum for years with a monthly payment of $500.00 with balance due on or before the 24th month.

2. Plaintiff's Attorney has admitted in direct questioning from Judge Neiman that her actions against Defendant James Kenney are intended to prevent him from deriving a legitimate source of income to pay his bills and provide for his family.

### COUNTER CLAIM OF DEFENDANT JAMES KENNEY AGAINST PLAINTIFF'S ATTORNEY AND PLAINTIFF

Plaintiff's attorney has admitted directly to Judge Neiman in open court that she has been trying to "put Mr. Kenney out of business all along". Furthermore that Plaintiff is more interested in putting Defendant "out of business" than to get any payment due the Plaintiff and in the process damage and or destroy any business/personal friendships that Defendant may have.

It is the Defendant's position that the Plaintiff's attorney, on the behalf of the Plaintiff has clearly met the definition of **Malicious Prosecution, Abuse of Process, Vexatious litigation and even Barratry** which have all resulted in what this Defendant believes is clearly a Frivolous lawsuit.

**WHEREFORE**, the Defendant prays that this Honorable Court:

a. Award the Defendants costs incurred to defend this action.
b. Award the Defendants damages for Plaintiff bringing this action.
c. Recend the court order for Defendant James Kenney to pay the $24,000 in cost of Plaintiff.
d. Rule in favor of the Defendant's Frivolous Lawsuit (Rule 11)
e. Award such other relief to Defendants as this Honorable Court may determine is just and proper.

Respectfully Submitted;

*James F. Kenney*, Defendant

## CERTIFICATE OF SERVICE

I, James F. Kenney, hereby certify that on this 29th day of July 2004, I served upon the following counsel for all parties listed below via first class express mail.

Signed under the pains and penalties of perjury.

*James F. Kenney*
James F. Kenney

Felicity Hardee
Bulkley, Richardson & Gelinas
1500 Main St., Suite 2700
Springfield, Ma. 01115


Louis Robin
Calabrese, Fitzgerald, O'Brien
1200 Converse St.
Longmeadow, Ma. 01106

Mark Tanner
Morse & Sacks
31 Trumbull Rd.
Northampton, Ma. 01060