UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-MAP

| | |
|---|---|
| CHESWELL, INC.,<br>  Plaintiff<br><br>v.<br><br>JAMES F. KENNEY, et al.,<br>  Defendants | PLAINTIFF'S MOTION FOR A MORE<br>DEFINITE STATEMENT TO RESPONSE<br>FROM DEFENDANT TO PLAINTIFF'S<br>ACTIONS AGAINST DEFENDANTS |

The Plaintiff, Cheswell, Inc., hereby moves pursuant to Fed. R. Civ. P. 12(e) that this Court require the Defendant, James F. Kenney, to provide a more definite statement as to the pleading styled as Response From Defendant to Plaintiff's Actions Against Defendants (the "Response").

### Statement of Reasons

As reasons for this Motion, the plaintiff states as follows:

1. In the defendant's Response, Mr. Kenney alleges facts regarding purported negotiations for the payment of a sanction imposed on the defendant in *Cheswell, Inc., et al. v. Premier Homes and Land Corp., et al.*, Civil Action No. 02-30115-KPN, which action is currently pending before Magistrate Judge Neiman.

2. Mr. Kenney has failed to set forth any explanation regarding why the sanction imposed in *Cheswell, Inc., et al. v. Premier Homes and Land Corp., et al.* should be addressed in this instant matter.

3. Mr. Kenney captioned the second section of the Response as "Counter Claim [sic.] of Defendant James Kenney Against Plaintiff's Attorney and Plaintiff."

4. Mr. Kenney has failed to assert any counterclaims or allege facts in support of any counterclaims.

5. It further appears that Mr. Kenney may be asking the Court to impose

sanctions on plaintiff's counsel; however, the defendant has failed to serve proper notice on plaintiff's counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure.

6. The plaintiff cannot reasonably be required to frame an opposition or responsive pleading to the defendant's Response until it has a better understanding of whether the Response is a motion, counterclaim or some other type of document and the nature of the relief, if any, the defendant is requesting.

WHEREFORE, Plaintiff's Motion for a More Definite Statement to Response from Defendant to Plaintiff's Actions Against Defendants should be allowed.

The Plaintiff,
CHESWELL, INC.
By Its Attorneys:

Dated: August 12, 2004

_____
Felicity Hardee
 BBO No. 221230
Joshua P. Grey
 BBO No. 650544
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 272-6283
Fax: (413) 272-6805

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail to the attorneys of record for Margaret Lamitie, Trustee of the Lamitie Revocable Trust, Mary Ann Mitchell, and Mitchell Dzwonkoski; and to James and Susan Kenney individually and for J.F. Kenney Corporation *pro se*, on August 12, 2004.

_____
Felicity Hardee