UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-MAP

| | |
|---|---|
| CHESWELL, INC.,<br>        Plaintiff | )<br>)<br>) PLAINTIFF'S MOTION FOR |
| vs. | ) EXTENSION OF TIME TO<br>) OPPOSE DEFENDANT |
| JAMES F. KENNEY, et al.,<br>        Defendant | ) DZWONKOSKI'S MOTION TO<br>) DISMISS |

   The plaintiff, Cheswell, Inc., pursuant to Fed. R. 6(b), moves for an extension of time to respond to Defendant Dzwonkoski's Motion to Dismiss or in the Alternative for Summary Judgment in the captioned matter.  The grounds for this motion are that this is an action for fraudulent transfer under Mass. Gen. Laws c. 109A involving multiple parties and several real estate transactions evidenced by numerous documents.  The plaintiff needs additional time to draft an opposition that clearly informs the court of the facts and the law relative to the claim that has been made with respect to the defendant Mitchell Dzwonkoski.  No scheduling order in the matter has been entered and therefore no deadline has been established for the filing of and oppositions to motions for summary judgment other than the requirement of Local Rule 7.1 that oppositions to all motions are due within fourteen days after service.

   The plaintiff requests additional time to respond to and including September 13, 2004.

Respectfully submitted,
The Plaintiff
CHESWELL, INC.
By Its Attorneys:

/s/ Felicity Hardee
_____

Felicity Hardee, BBO #221230
Bulkley, Richardson and Gelinas, LLP
1500 Main Street
Springfield, MA  01115
(413) 272-6283

Dated:  August 27, 2004

## LOCAL RULE 7.1

      I hereby certify that on August 27, 2004, I telephoned counsel for the defendant Mitchell Dzwonkoski in the captioned matter in a good faith attempt to resolve or narrow the issues raised herein but that he was unavailable.

                                                        /s/ Felicity Hardee

                                                        Felicity Hardee

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of August 2004, a true copy of the above document was served upon the attorney of record for each party electronically or by first-class mail as the case may be and upon James F. Kenney and Susan M. Kenney, pro se, by first-class mail.

                                                        /s/ Felicity Hardee

                                                        Felicity Hardee