

EXHIBIT A

# Moving Premier's Assets

**Oct 23, 2001** — Dzwonkoski agrees to sell Federal Street property to Premier Homes & Land Corp.

**Jul 10, 2002** — Cheswell I commenced

**Aug 13, 2002** — Rocky Mountain I commenced

**Oct 29, 2002** — Motion for Real Estate Attachment filed in Cheswell I

**Oct 24, 2002** — Judgment against Kenney entered in Rocky Mountain I

**Oct 2002** — Premier assigns right to purchase Federal Street property to J.F. Kenney Corp.

**Dec 5, 2002** — Dzwonkoski receives from Sue Kenney mortgage on Federal Street property

**Dec 5, 2002** — Dzwonkoski transfers Federal Street property to Sue Kenney

**Dec 5, 2002** — Dzwonkoski contacts Attorney Ward

**Dec 5, 2002 11:30 a.m.** — Dzwonkoski served with complaint in Rocky Mountain Wood II

**Dec 11, 2002 10:03 a.m.** — Deed and mortgage recorded at registry

**Dec 11, 2002 11:00 a.m.** — Cheswell's motion for real estate attachment argued (10:00 a.m. - 11:00 a.m)

**Mar 6, 2003** — Premier Homes & Land Corp. files bankruptcy

Timeline: 10/2001, 11/2001, 12/2001, 1/2002, 2/2002, 3/2002, 4/2002, 5/2002, 6/2002, 7/2002, 8/2002, 9/2002, 10/2002, 11/2002, 12/2002, 1/2003, 2/2003, 3/2003