## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

Civil Action No. 04-30060-MAP

| | |
|---|---|
| **CHESWELL, Inc.,** | ) |
| **Plaintiff** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **JAMES F. KENNEY, et al.,** | ) |
| **Defendants** | ) |

## AFFIDAVIT OF FELICITY HARDEE

I, Felicity Hardee, depose and state as follows:

1. I represent and Cheswell, Inc. in this matter.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a Land Purchase and Sale Agreement for a parcel of land containing 8.4 acres at the intersection of Old Amherst Road and Federal Street in Belchertown, Massachusetts.

3. Attached hereto as Exhibit 2 are true and accurate copies of correspondence dated March 14, 2002 from the Belchertown Conservation Commission to James Kenney, correspondence to the commission from Mr. Kenney dated July 9, 2002, and an enforcement order dated August 28, 2002.

4. Attached hereto as Exhibit 3 are true and accurate copies of the Complaint, return of service to defendant James Kenney, d/b/a ReMax Prime Properties, and the Springfield District Court docket sheet in the matter entitled <u>Rocky Mountain Wood Company, Inc. v. James Kenney</u>, Springfield District Court Docket No. 02C-1929.

5. Attached hereto as Exhibit 4 is a true and accurate copy of the United States District Court, District of Massachusetts (Springfield), Civil Docket for the matter entitled Cheswell, Inc. et al v. Premier Homes and Land et al, Civil Action No. 02-30115 KPN ("*Cheswell I*").

6. Attached hereto as Exhibit 5 is a true and accurate copy of the United States District Court, District of Massachusetts (Springfield), Civil Docket for the matter entitled Premier Homes and Land Corp. v. Cheswell, Inc., Civil Action No. 02-30118 KPN.

7. Attached hereto as Exhibit 6 is a true and accurate copy of a Memorandum and Order in *Cheswell I*.

8. Attached hereto as Exhibit 7 is a true and accurate copy of the Assignment of Contract between Premier Homes and Land Corporation and J.F. Kenney Corporation dated October 23, 2002.

9. Attached hereto as Exhibit 8 are true and accurate copies of the complaint, return of service and docket sheet in the matter entitled Rocky Mountain Wood Company, Inc. v. Mitchell R. Dzwonkoski and Premier Homes and Land Corporation, Springfield District Court Civil Action No. 02C-3003. A true and accurate copy of a hold harmless agreement is also attached as Exhibit 8.

10. Attached hereto as Exhibit 9 is a true and accurate copy of the Warranty Deed from Mitchell R. Dzwonkoski to Susan M. Kenney and the mortgage from Mrs. Kenney to Mr. Dzwonkoski dated December 5, 2002, recorded in the Hampshire County Registry of Deeds on December 11, 2002 at Book 6927, Pages 31 and 33.

11. Attached hereto as Exhibit 10 are true and accurate copies of Powers of Attorney for Mitchell R. Dzwonkoski and Susan M. Kenney appointing Robert Ward as attorney regarding real estate located on Lot #33, Federal Street, Belchertown, Massachusetts.

12. Attached hereto as Exhibit 11 is a true and accurate copy of the Memorandum and Order with Regard to Robert Ward's Motion for Summary Judgment dated May 26, 2004 in *Cheswell I.*

13. Attached hereto as Exhibit 12 is a true and accurate copy of Defendant Dzwonkoski's Request for Admissions dated April 23, 2004, filed in this matter.

14. Attached hereto as Exhibit 13 is a true and accurate copy of the Complaint in the matter entitled Rocky Mountain Wood Company, Inc. v. Mitchell R. Dzwonkoski and Susan M. Kenney, Hampshire County Superior Court, Civil Action No. 03-026.

15. Attached hereto as Exhibit 14 is a true and accurate copy of a photograph of the property located at 33 Federal Street that I took in July 2003. The photograph shows the Federal Street property that is the subject of the instant matter in the foreground with signs for J.F. Kenney Corp and Belchertown Landscape Materials, Inc. The sign visible on the opposite side of Federal Street is for Keep-Safe Storage, which is also controlled by Mr. and Mrs. Kenney. Also attached hereto as Exhibit 14 is a true and accurate copy of a Massachusetts Secretary of the Commonwealth printout regarding Belchertown Landscape Materials, Inc., the officers of which are also Mr. and Mrs. Kenney.

16. Attached hereto as Exhibit 15 are true and accurate copies of two photographs that I took on September 9, 2004 of the Federal Street property. In these photographs, the Keep-Safe storage sign is now located on the property and landscaping materials are visible on the premises. A street sign reading "Old Amherst Road" is visible in the second

photograph because the Federal Street property is located at the corner of Federal Street and Old Amherst Road.

17. Attached hereto as Exhibit 16 is a true and accurate copy of the transcript of the deposition of Mitchell Dzwonkoski, which was taken on August 11, 2004.

18. Attached hereto as Exhibit 17 are true and accurate copies of the articles of organization of Premier Homes and Land Corporation and J.F. Kenney Corporation from the office of the Secretary of the Commonwealth.

19. I attended a motion hearing on December 11, 2003 for real estate attachment in *Cheswell I*. I have a recollection that Mr. Kenney did not appear at the beginning of the hearing, but arrived shortly before the hearing ended. Neither Mr. Kenney nor his counsel revealed to the Court that Premier had an executed purchase and sale agreement with Mr. Dzwonkoski for the Federal Street property. They also did not reveal that the purchase and sale agreement had been assigned and that the documents were being recorded at the Hampshire County Registry of Deeds at the time of the attachment hearing.

Signed under the pains and penalties of perjury this 13th day of September, 2004.

Felicity Hardee
Felicity Hardee