✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

| | |
|---|---|
| CHESWELL, INC.<br><br>V.<br><br>JAMES KENNEY, et al. | **NOTICE**<br><br><br>CASE NUMBER:  04-30060-MAP |

TYPE OF CASE:

☒  **CIVIL**          **CRIMINAL**

☒  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | November 19, 2004, at 10:00 a.m. |

TYPE OF PROCEEDING

NOTE: Counsel for Plaintiff, Cheswell, Inc. and Defendant, Mitchell Dzwonkowski, need attend.  In addition, Pro Se Parties James Kenney and Susan Kenney shall attend.  Other counsel of record may attend if they wish.

HEARING ON MOTION TO DISMISS, OR IN THE ALTERATIVE, FOR SUMMARY JUDGMENT
(Doc. No. 58)

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 5, 2004                                      /s/ *Bethaney A. Healy*

DATE                                                              (BY) DEPUTY CLERK

TO:    ALL  COUNSEL OF RECORD
         James Kenney, Susan Kenney