Case 3:04-cv-30060-MAP   Document 65-2   Filed 11/18/2004   Page 1 of 2

CHESWELL vs. PREMIER HOMES
JAMES KENNEY                    SEPTEMBER 10, 2004

**9**

1  Q. Are your parents living?
2  A. My father isn't; my mother is.
3  Q. What's your mother's name?
4  A. Margaret.
5  Q. Where does she live?
6  A. Hopkinton.
7  Q. Are you employed?
8  A. What do you mean?
9  Q. Are you employed by somebody? Do you
10 have a job?
11 A. A paying job?
12 Q. Any kind of job.
13 A. Yes.
14 Q. What job do you have?
15 A. Right now, I'm working for J. F. Kenney
16 Corporation.
17 Q. What is J. F. Kenney Corporation?
18 A. It was originally designed as a company
19 to get involved in real estate construction,
20 something that I was hoping to build for my kids.
21 Q. Is J. F. Kenney Corporation actively
22 involved in real estate development or home
23 construction?
24 A. Home construction.

**10**

1  Q. How long have you worked for J. F.
2  Kenney Corporation?
3  A. Well, forgive me if I don't understand
4  exactly what you mean by that.
5       How long has the company been in
6  existence or how long --
7  Q. (Interposing) How long have you been
8  employed by J. F. Kenney Corporation?
9  A. Well, without trying to be vague, the
10 issue is I'm working for my wife to help repay
11 bills through J. F. Kenney Corporation. I'm not
12 getting a paycheck. I would hope to get one
13 eventually.
14 Q. Is your wife employed?
15 A. She is now; yes.
16 Q. Where is she employed, sir?
17 A. Well, she was employed by the storage
18 business she owns but now she's gone back to
19 school, teaching for the Town of Belchertown.
20 Q. What grade does she teach?
21 A. First grade.
22 Q. How long has she been a teacher in the
23 Belchertown school system?
24 A. I believe it's been over ten years.

**11**

1  Q. Has she worked continuously in that
2  position with the Belchertown school system?
3  A. Other than when she's taken leave of
4  absences for giving birth.
5  Q. For maternity leave?
6  A. Yes.
7  Q. You said a moment ago that you worked
8  for your wife.
9       Can you describe that relationship a
10 little bit more for me?
11 A. Well, quite frankly, based on what the
12 series of events have occurred thanks to your
13 clients, we basically, as you know, are broke.
14 We've borrowed heavily against friends and -- to
15 try to not lose our home, to try to feed my kids.
16 She was on a leave of absence so we borrowed
17 heavily from people.
18      I'm trying to use the skills that I've
19 had to -- whether it be build a house for somebody
20 to repay a debt or give loam or bark mulch to
21 someone at no charge. We've been working to try
22 to repay our debts.
23 Q. I still don't understand the
24 relationship of your working for your wife. If

**12**

1  you can just tell me how that works, that would be
2  helpful.
3  A. After we sold our Cape house, the deal
4  was that if we were going to sell the house that
5  was supposed to be in a trust for my kids and
6  since I obviously choose poor business partners
7  with the example of your clients, my wife agreed
8  to sell the Cape house if she took over the
9  running of the household and the family --
10 anything the family had.
11      Since Premier is gone and I no longer am
12 in control of Keep-Safe and she shut down
13 Belchertown Landscape Materials, I'm trying to
14 work through an entity that she has to try to
15 repay debt. I don't know how else to explain it.
16 Q. Do I understand you to be saying that
17 your wife is -- has some position also with J. F.
18 Kenney Corporation?
19 A. Well, as you know, she's the president.
20 Q. What does she do as the president?
21 A. I believe she does any -- she has
22 signatures on any bills that need to be paid.
23      I can't do anything without her
24 permission but in the sense of does she get into

189
1　J. F. Kenney Corporation after the sale of the
2　Cape house?
3　　A.　I don't know the exact date but I'd have
4　to look at the state filings for that date.
5　　Q.　What did Mr. Ward have to do with the
6　transaction for the property on the west side of
7　Federal Street?
8　　A.　Is that across from College?
9　　Q.　Yes; I'm just going to tell you that's
10　the west side of Federal Street.
11　　A.　Thank you. As I said earlier, I had
12　listed the property as an agent for
13　Mr. Dzwonkoski.
14　　　Typically, I referred business to
15　attorneys that were my tenants like Mr. Ward,
16　Mr. Tzumis. I tended to refer more to Ward than
17　Tzumis; we just didn't hit it off, but I still
18　referred business because he paid rent to Premier.
19　Mitch asked if I knew any good attorneys, I said
20　Ward.
21　　Q.　Who did Mr. Ward represent in the sale
22　of the west side of the Federal Street?
23　　A.　He represented Mitch and Alice.
24　　Q.　Mitch and who?

190
1　　A.　His wife -- actually, no. I don't think
2　the land was in his wife's name. I think it was
3　just Mitch.
4　　Q.　Did he represent anybody else in that
5　transaction?
6　　A.　You mean my wife?
7　　Q.　I'm just asking who did Mr. Ward
8　represent?
9　　A.　Not that I'm aware of. Once I -- pretty
10　much they kind of cut me out of it.
11　　　My wife was pretty pissed off at me.
12　She wanted to handle it.
13　　Q.　Your wife became angry after the sale of
14　the Cape house, is that right?
15　　A.　Well, it was an ongoing anger, topped
16　off with the Cape house.
17　　Q.　At some point, did your wife assume some
18　responsibility for Premier Homes and Land?
19　　A.　No.
20　　Q.　She was never made a director or an
21　officer of Premier, is that right? Is that what
22　you're saying?
23　　A.　I don't know. I don't think so. I know
24　she had to sign some notes with Monson. Not that

191
1　I can think of.
2　　Q.　Did Premier make arrangements to have
3　the west side of Federal Street cleared of trees
4　and brush?
5　　A.　No.
6　　Q.　Who made those arrangements?
7　　A.　Me.
8　　Q.　You, individually?
9　　A.　Yes, but Rocky Mountain, I think thought
10　Re/Max did.
11　　　That's the one thing I found out when
12　you have multiple entities, sometimes people
13　assume the wrong entity.
14　　Q.　What were the arrangements that you made
15　with Rocky Mountain for clearing that parcel?
16　　A.　My wife wanted to try to pay some taxes
17　and generate some business and rent out the space.
18　I called Rocky Mountain because they do land
19　clearing.
20　　Q.　I'm sorry, I didn't hear you.
21　　A.　So I called Rocky Mountain because they
22　do land clearing.
23　　Q.　Had you ever engaged Rocky Mountain for
24　any other jobs?

192
1　　A.　I used them in Palmer Sand and Gravel.
2　I recommended them to other developers I worked
3　for.
4　　Q.　Did the trees on the west side of
5　Federal Street -- did they have any value?
6　　A.　I think they might have reduced the bill
7　a little bit but it was all junk. It was pine
8　land. There wasn't anything significant.
9　　Q.　Did you or Premier receive any money for
10　the value of the trees that were taken off that
11　parcel?
12　　A.　Not that I recall. I believe the
13　dispute with them arose because they left the
14　place in such a mess. I refused to pay and I told
15　my wife not to, either.
16　　Q.　Do you know whether Rocky Mountain had
17　any dealings directly with your wife?
18　　A.　No; I believe at the time she was pretty
19　well bogged down in -- well, she was teaching and
20　trying to keep the house together.
21　　Q.　Did Rocky Mountain sue you?
22　　A.　Yes.
23　　Q.　When did that happen?
24　　A.　I don't recall.