UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30060-MAP

CHESWELL, INC., )
        Plaintiff )
)
v. )
)
JAMES F. KENNEY, et al. )
        Defendants )

**AGREED UPON REQUEST TO STAY DECISION**

Defendant Mitchell R. Dzwonkoski, through his attorney, hereby makes a Request of this Honorable Court to stay the decision on Defendant Dzwonkoski's Motion To Dismiss until after January 5, 2005. In support thereof, Defendant Dzwonkoski states that Plaintiff and Defendant Dzwonkoski are attempting to work out a settlement agreement and the parties have agreed to stay the decision.

Respectfully Submitted,
Defendant Dzwonkoski
By His Attorney,

_____
Lawrence J. Farber
BBO#: 547966
30 Boltwood Walk
Amherst, MA 01002
(413) 256-8429

Date: 12/14/04

Plaintiff Cheswell
By Its Attorney,

_____ Signed by permission
Felicity Hardee
BBO#: 221230
Bulkley, Richardson and Gelinas
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
(413) 781-2820

## CERTIFICATE OF SERVICE

I, Lawrence J. Farber, hereby certify that on this 14 day of December 2004, I served upon the following counsel for all parties or the party itself if unrepresented the foregoing AGREED UPON REQUEST TO STAY DECISION by mailing the same prepaid first class mail.

Signed under the pains and penalties of perjury.

Lawrence J. Farber

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas
1500 Main Street, Suite 2700
Springfield, MA 01115

James F. Kenney
Susan M. Kenney
72 Oakridge Drive
Belchertown, MA 01107

J.F. Kenney Corporation
1269 Federal Street
P.O. Box 648
Belchertown, MA 01007