UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| CHESWELL, INC.,<br>　　　Plaintiff<br><br>v.<br><br>JAMES F. KENNEY, SUSAN M. KENNEY,<br>MITCHELL R. DZWONKOWSKI,<br>PAUL COSMAN, JR., CHERYL COSMAN,<br>MARY ANN MITCHELL,<br>MARGARET C. LAMITIE, TRUSTEE OF<br>THE LAMITIE REVOCABLE TRUST,<br>J.F. KENNEY CORPORATION<br>　　　Defendants | ) Civil Action No. 04-30060-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWL OF APPEARANCE

　　Now comes John M. McLaughlin, Esquire who hereby withdraws his appearance in the above-captioned matter in behalf of the Defendant, Margaret C. Lamitie.  It is noted that Mark Tanner, has already entered his appearance in the Defendant's behalf.

|  |  |
|---|---|
| ___12/22/04_____<br>Date | ___/s/ John M. McLaughlin_____<br>John M. McLaughlin<br>**Green Miles Lipton & Fitz-Gibbon**<br>77 Pleasant Street<br>P.O. Box 210<br>Northampton, MA 01061<br>Telephone:  (413) 586-0865<br>BBO No. 556328 |