UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30060-MAP

| | |
|---|---|
| CHESWELL, INC.,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| JAMES F. KENNEY, SUSAN M. KENNEY,<br>MITCHELL R. DZWONKOWSKI, PAUL<br>COSMAN, JR., CHERYL COSMAN, MARY<br>ANN MITCHELL, MARGARET C. LAMITIE,<br>TRUSTEE OF THE LAMITIE REVOCABLE<br>TRUST, J.F. KENNEY CORPORATION,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT DZWONKOSKI STATUS REPORT

The Parties had explored the possibility of the Plaintiff purchasing the subject property from Defendant Dzwonkoski. However, a complication existed based on the presence of second and third mortgages on said property. As such, after several weeks there has been no further indication from the Plaintiff as to a purchase offer.

Accordingly, Defendant Dzwonkoski is requesting the Court make a ruling so that, if the case against him is dismissed, Defendant Dzwonkoski can take action to foreclose on the property, if he so decides.

Date: 1/13/05

RESPECTFULLY SUBMITTED,
DEFENDANT DZWONKOSKI
By His Attorney,

By: _____
Lawrence J. Farber
BBO#: 547966
30 Boltwood Walk
Amherst, MA 01002
(413) 256-8429

## CERTIFICATE OF SERVICE

I, Lawrence J. Farber, hereby certify that on this /3 day of January 2005, I served upon the following counsel for all parties or the party itself if unrepresented the foregoing DEFENDANT DZWONKOSKI STATUS REPORT by mailing the same prepaid first class mail.

Signed under the pains and penalties of perjury.

Lawrence J. Farber

Felicity Hardee, Esq.
Bulkley, Richardson and Gelinas
1500 Main Street, Suite 2700
Springfield, MA 01115

James F. Kenney
Susan M. Kenney
72 Oakridge Drive
Belchertown, MA 01107

J.F. Kenney Corporation
1269 Federal Street
P.O. Box 648
Belchertown, MA 01007