UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060- MAP

| | |
|---|---|
| CHESWELL, INC., et al., ) | |
| Plaintiffs ) | PLAINTIFF'S MOTION |
| ) | FOR DEPOSIT IN COURT |
| v. ) | AND REQUEST FOR |
| ) | EXPEDITED HEARING |
| JAMES F. KENNEY, et al., ) | |
| Defendants ) | |

The plaintiff, Cheswell, Inc., moves this Court for an order requiring the defendants James F. Kenney or Susan Kenney or any of their agents to deposit with the court the net proceeds of the sale of property located at 1270 Federal Street, Belchertown, Massachusetts until such time as a further determination can be made regarding the proper disposition of the funds.

The grounds for this motion are that Mr. or Mrs. Kenney will shortly receive the proceeds of the sale of real estate owned College Self-Storage, Inc., a corporation completely controlled by Mr. Kenney. Mr. Kenney has been involved in a systematic effort to divest himself and his corporation Premier Homes and Land Corporation of assets available to satisfy a judgment in *Cheswell v. Premier Homes and Land Corporation,* Civil Action No. 02-30115-KPN (*Cheswell I*). These efforts include transfers he has made to his wife.

The expected net proceeds of the sale of the Federal Street property, if applied to the anticipated judgment against Premier and Mr. Kenney, would substantially (although not entirely) reduce the damages that Cheswell has sustained in connection with Premier's breach of contract, fraud, and violation of General Laws c. 93A. The court has

the general equitable power to require that the funds be deposited with the court until a further determination can be made as to whether they should be held for the satisfaction of a judgment in favor of Cheswell. *Goya Foods, Inc. v. Unanue*, 233 F.3d 38 (1st Cir. 2000). In the absence of such an order, it is likely that Mr. Kenney will squander the funds on personal expenses or projects of other corporations he owns or controls. In light of the extensive history of Mr. Kenney's failure to pay court ordered sanctions, Premier's default on a promissory note held by Cheswell, and the repeated acts of fraud on the plaintiff committed by Mr. Kenney and his corporation in *Cheswell I*, he should not be permitted once again to avoid his financial responsibilities to Cheswell, a judgment creditor.

In support of this motion, the plaintiff relies on the Affidavit of Felicity Hardee, filed herewith.

The closing on the sale of the real estate is expected to occur on or before April 23, 2005. Therefore, in the event the court deems a hearing on this matter necessary, the plaintiff requests an expedited hearing.

        Respectfully submitted,

        The Plaintiff
        CHESWELL, INC.
        By Its Attorneys:

        */s/ Felicity Hardee*
        Felicity Hardee
        BBO No. 221230
        Bulkley, Richardson and Gelinas, LLP
        1500 Main Street, Suite 2700
        Springfield, MA 01115
        (413) 272-6283

Dated: April 4, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060-KPN

| | | |
|---|---|---|
| CHESWELL, INC., <br> Plaintiff | ) ) ) ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| JAMES F. KENNEY, et al., <br> Defendant | ) ) ) ) | |

I hereby certify that on this 4th day of April, 2005, a true copy of the above document was served upon the attorney of record for each party by first-class mail and upon James F. Kenney and Susan M. Kenney, *pro se* by first-class mail.

_____
Felicity Hardee