UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30060- MAP

| | |
|---|---|
| CHESWELL, INC., et al., )<br>　　　　　　Plaintiffs ) <br> ) <br> v. ) <br> ) <br> JAMES F. KENNEY, et al., ) <br>　　　　　　Defendants ) | AFFIDAVIT OF<br>FELICITY HARDEE |

I, Felicity Hardee, depose and state as follows:

1. I am counsel to Cheswell, Inc. and Wesfield Construction Co., Inc.

2. Wesfield Construction Co., Inc. has a subordinate mortgage on property owned by College Self-Storage, Inc. ("College"). The property is located at 1270 Federal Street, Belchertown, Massachusetts (the "Federal Street Property"). College granted the mortgage to Wesfield as part of College's reorganization plan filed with the United States Bankruptcy Court, Civil Action No. 03-42756-HJB, excerpts of which are attached hereto as Exhibit A. The mortgage was junior to a first mortgage held by JJBP, Inc.

3. On or about March 4, 2005, JJBP, Inc. commenced proceedings to foreclose on the Federal Street Property. A true and accurate copy of the notice of the foreclosure is attached hereto as Exhibit B.

4. Prior to the auction, on March 14, 2005, I spoke with Gary Weiner, counsel to JJBP, Inc. regarding the existing liens on the property. He indicated that as of February 10, 2005, his client was owed $783,327. He also indicated that there were other liens, including a lien for taxes of approximately $15,000. He told me that a high bid of $900,000 at the auction would satisfy all lien holders and the costs of sale.

1

5. I attended the foreclosure sale on March 24, 2005, at the premises. In attendance, among others, was James Kenney. He had full access to the premises and was assisting the auctioneer, the bankrutpcy counsel to College and counsel to JJBP, Inc. before and during the auction. It did not appear that Susan Kenney was involved in any way in the auction, the foreclosure proceedings or the operation of the real estate.

6. Qualified bidders at the auction were given materials regarding the property including a listing sheet, a copy of which is attached hereto as Exhibit C, and a Memorandum of Sale, a copy of which is attached hereto as Exhibit D.

7. The property was sold at the auction for a price of $1,250,000. The terms of the sale require the high bidder to close on the transaction within thirty days of the auction, namely on or before April 24, 2005.

8. According to the reorganization plan, James Kenney established College for the purposes of acquiring the real estate in Belchertown to operate a self-storage business (Exhibit A at 7). College does not appear to have any other business.

9. According to the reorganization plan, as of September 2002, Mrs. Kenney held a 49% interest in College and Mr. Kenney was the majority stockholder (Exhibit A at 9).

10. The reorganization plan called for payment of certain administrative claims, including payment of College's bankruptcy attorneys Hendel & Collins, P.C., from a Plan Confirmation Account (Exhibit A at 15). The plan required Mrs. Kenney to deposit $45,000 into the Plan Confirmation Account (Exhibit A at 20). In exchange for doing so, Mr. Kenney's equity interest would be cancelled resulting in Mrs. Kenney owning 100% of the stock of College (Exhibit A at 21).

11. I understand, however, that the Plan Confirmation Account was not fully funded by Mrs. Kenney. The reorganization plan indicates that Hendel & Collins' fee of $30,000 was to be paid from the Plan Confirmation Account (Exhibit A at 15). However, it appears that Hendel & Collins was not paid and received instead a mortgage which will be paid at closing. A true and accurate copy of the mortgage is attached hereto as Exhibit E.

12. The documents demonstrate that Mr. Kenney exerts complete control and domination over College and, in fact, may own some (if not all) of the stock of the corporation. According to the Secretary of Commonwealth, Mr. Kenney is the president, treasurer, and secretary of College (Exhibit F). Mr. Kenney signed the certifications required for the reorganization plan. Mr. Kenney signed the mortgage to Hendel & Collins, P.C. (Exhibit E). As such, it likely that Mr. Kenney will have complete control over the disposition of the proceeds of the sale of the 1270 Federal Street Property.

Signed under the pains and penalties of perjury this 4th day of April, 2005

*Felicity Hardee*
Felicity Hardee

3