# EXHIBIT B

# WEINER AND PESKIN, P.C.
## ATTORNEYS AT LAW

GARY M. WEINER
JUDD L. PESKIN *
NYLES L. COURCHESNE

* also admitted in Connecticut

95 STATE STREET, SUITE 918
SPRINGFIELD, MASSACHUSETTS 01103
TEL: (413) 732-6840
FAX: (413) 785-5666
EMAIL: WeinerPeskin@WeinerPeskin.com

JONATHAN H. ALLEN
KARA S. RESCIA*

Writer's email: NCourchesne@WeinerPeskin.com

March 4, 2005

CERTIFIED MAIL- RETURN RECEIPT
FIRST CLASS MAIL

College Self-Storage, Inc.
James F. Kenney, President
1270 Federal Street
Belchertown, MA 01007

Certified Mail, Return Receipt Requested
Number 7004 1350 0005 6378 7596
and First Class Mail

College Self-Storage, Inc.
James F. Kenney, President
72 Oakridge Drive
Belchertown, MA 01007

Certified Mail, Return Receipt Requested
Number 7004 1350 0005 6378 7589
and First Class Mail

Westfield Construction, Inc.
P.O. Box 148
West Chesterfield, NH 03466

Certified Mail, Return Receipt Requested
Number 7004 1350 0005 6378 7572
and First Class Mail

Hendel and Collins, P.C.
101 State Street
Springfield, MA 01103

Certified Mail, Return Receipt Requested
Number 7004 1350 0005 6378 7565
and First Class Mail

Monson Savings Bank
146 Main Street
Monson, MA 01057

Certified Mail, Return Receipt Requested
Number 7004 1350 0005 6378 7558
and First Class Mail

Tech-Fast Metal Systems, Inc.
c/o Leonard M. Krulewich
Krulewich, Casher, P.C.
50 Staniford Street
Boston, MA 02114

Certified Mail, Return Receipt Requested
Number 7004 1350 0005 6378 7541
and First Class Mail

Re: Mortgagee's foreclosure under Power of Sale; Mortgage from College Self-Storage to Peoples Savings Bank secured by 1270 Federal Street, Belchertown, dated November 26, 2002, recorded with Hampshire County Registry of Deeds, Book 6906, Page 5.

Dear Gentlepersons:

In accordance with the provisions of G. L. c. 244, § 14, you are hereby notified of the foreclosure sale of the above referenced property at 11:00 a.m. on March 24, 2005, all in accordance with the attached legal notice of mortgagee's Sale of Real Estate.

Sincerely yours,

Nyles L. Courchesne

NLC/jm

G:\Document\REAL ESTATE\Foreclosure\Files\COLLEGE SELF-STORAGE\notice of foreclosure.wpd

### MORTGAGEE'S SALE OF REAL ESTATE
#### Premises: 1270 Federal Street, Belchertown, MA

By virtue and in execution of the Power of Sale contained in a certain mortgage given by COLLEGE SELF - STORAGE to PEOPLES SAVINGS BANK dated November 26, 2002 and recorded in the Hampshire County Registry of Deeds in Book 6906, Page 5, of which mortgage the undersigned, JJBP, LLC, a Massachusetts limited liability company, is the present holder, by instrument dated May 12, 2003 and recorded as aforesaid in Book 7192, Page 62, for breach of the conditions of said mortgage and for the purpose of foreclosing, the same will be sold at public auction at 11:00 A.M. on the 24th day of March, 2005, upon the mortgaged premises at 1270 Federal Street, Belchertown, Hampshire County, Massachusetts all and singular the premises described in said mortgage.

To wit:

The land in Belchertown, Hampshire County, Massachusetts, described as follows:

A certain parcel of land situated on the easterly side of Federal Street, Belchertown, Hampshire County, Massachusetts, and shown on a plan entitled "Plan of Land in Belchertown, MA prepared for College Storage, Inc." recorded in Hampshire County Registry of Deeds in Plan Book 189, Page 124, to which plan reference may be had for a more particular description.

Containing 523,256 square feet or 12.023 acres according to said plan

Being the same premises conveyed to Keep Safe Self-Storage, Inc. by deed dated January 10, 2003 recorded in Hampshire County Registry of Deeds in book 6979, Page 354.

The above premises will be sold subject to and/or with the benefit of any and all restrictions, easements, improvements, outstanding tax titles, municipal or other public taxes, assessments, liens or claims in the nature of liens, and existing encumbrances of record created prior to the mortgage, if any. The premises are also sold subject to the right of redemption of the United States of America or any of its subsidiaries or divisions, if any there be. In the event of any typographical error set forth herein in the legal description of the premises, the description set forth and contained in the mortgage shall take precedence.

Terms of Sale:

Cash, certified check or bank cashier's check in the sum of $50,000.00 shall be paid as a deposit and must be shown at the time and place of the sale in order to qualify as a bidder; said deposit must be increased to an amount totaling 10% of the purchase price within five business days; the high bidder shall sign a written Memorandum of Sale upon acceptance of the bid, the terms of which shall be announced prior to the bid; the balance of the purchase price is to be paid in cash, certified check or bank cashier's check within thirty (30) days from the date of sale and thereafter to be deposited in escrow with the law firm of Weiner and Peskin, P.C., 95 State Street, Suite 918, Springfield, Hampden County, Massachusetts, pending recording of the deed which is to be delivered, accepted and recorded within ten (10) days thereafter, or at such other time as may be designated by Mortgagee.

Mortgagee reserves the right to postpone the sale to a later date by public proclamation at the time and date appointed for the sale, and to further postpone at any adjourned sale date by public proclamation at the time and date appointed for any such adjourned date.

In the event that the successful bidder at the foreclosure sale shall default in purchasing the within described property according to the terms of this Notice of Sale and/or the terms of the Memorandum of Sale executed at the time of foreclosure, the Mortgagee reserves the right to sell the property by foreclosure deed to the second highest bidder, providing that the second highest bidder shall execute a Memorandum of Sale and deposit with Mortgagee's attorneys, Weiner and Peskin, P.C., 95 State St., Suite 918, Springfield, Hampden County, Massachusetts, the amount of the required deposit as set forth herein within three (3) business days after written notice of the default of the previous highest bidder. The balance of the purchase price shall be paid by and title shall be conveyed to the said second highest bidder within thirty (30) days of said written notice.

The successful purchaser will be responsible for any and all closing cost, state documentary stamps, and recording fees.

Other terms to be announced at the sale.
JJBP, LLC
The Present Holder of said Mortgage
By: Nyles L. Courchesne, Esq.
Weiner and Peskin, P.C.
95 State Street, Suite 918
Springfield, MA 01103
413-732-6840
Attorneys for the Mortgagee
March 3, 9, 16, 23

# EXHIBIT C

MORTGAGEE'S SALE OF REAL ESTATE

1,000,000
1,100,000
~~1,100~~ 1,200,000

$1,250,000

# PUBLIC AUCTION

## · BELCHERTOWN ·

### 229 UNIT SELF-STORAGE FACILITY
with PHASE 2 APPROVAL for
### ADDITIONAL ±34,600 S/F of STORAGE SPACE
on ±12 ACRES

1270 Federal Street (Route 9)    BELCHERTOWN, MA

To be sold on the premises

### THURSDAY, MARCH 24TH    AT 11:00 A.M.



**Features:**
· Situated ±½ Mile East of the Amherst Town Line · ±12 Acres of Land w/±800 Feet of Frontage ·
· Presently Improved w/2 Steel Framed Buildings w/±21,500 s/f of Area, made up of 229 Storage Units ·
· Units Range in Size from 5' x 5' to 10' x 30' · 8 Ft. Chain Link Fencing w/ Key-Pad Automatic Gate ·
★ PHASE 2 APPROVAL for ADDITIONAL 110 UNITS ★

Sale Per Order Mortgagee
**Attorney Gary M. Weiner of the firm of Weiner and Peskin, P.C.**
95 State Street, Springfield, Ma, Attorney for Mortgagee

**Terms of Sale:** $50,000 deposit cash or certified funds.
Deposit must be increased to amount equal to 10% of purchase price with in 5 Business Days.
Other terms to be announced at time of sale.

## Aaron Posnik
### AUCTIONEERS · APPRAISERS

| Corporate Office | | Branch Office |
| --- | --- | --- |
| 83 State Street | Aaron Posnik & Co., Inc. | 5 Great Valley Parkway, Suite 244 |
| Springfield, MA 01103 | Established 1932 | Malvern (Philadelphia), PA 19355 |
| 413-733-5238 Fax 731-5946 | | 610-853-6655 Fax 853-6633 |

*Mass Auc. Lic. #161 · www.posnik.com · E-mail: info@posnik.com · Penn Auc. Lic. #AU-0033-R*

# PUBLIC AUCTION

## TABLE OF CONTENTS

| DESCRIPTION | PAGE |
|---|---|
| Site Description | 1 |
| Site Plan | 2 |
| Improvements | 3 |
| Unit Breakdown | 4 |
| Rent Income Breakdown | 5 |
| Pro Forma Income & Expense Statement | 6 |
| Mortgagee's Notice of Sale | 7 - 8 |
| Memorandum of Sale | 9 |
| Municipal Lien Certificate | 10 |

All information provided herein is for informational purposes only, and is not to be relied upon for any purpose. While we believe the information to be accurate, no representations or warranties are made by the Mortgagee, Its' Agents or the Auctioneer in regard to the accuracy or completeness of any of the information provided. All information is also subject to possible change prior to, or at the time of the scheduled sale. It is expected that each and every prospective bidder investigate the property thoroughly and to the best of their ability, and based upon the results of their investigation, draw their own independent conclusion, and act accordingly.



# Aaron Posnik
### Auctioneers • Appraisers

# PUBLIC AUCTION

## THE SITE

The property is situated in the Northern section of the Town of Belchertown, approximately 1/2 mile South of the Amherst Town line, on State Route 9. According to the Massachusetts Highway Department the most recent traffic count taken in 1999, indicates traffic along this portion of Route 9 at approximately 6,600 vehicles per day.

The site consists of approximately 12 Acres of land with ±800 feet of frontage on the Easterly side of Route 9. Utilities currently available to the site include telephone and electricity. Access to the storage facility is from a single, two-way curb cut.



©2003 MapQuest.com, Inc.; ©2003 GDT, Inc.

# Aaron Posnik
## Auctioneers • Appraisers

- 1 -

# PUBLIC AUCTION

## IMPROVEMENTS



Two buildings containing approximately 21,500 square feet of area improve the property. Phase 1 construction called for 229 self-storage units, and Phase 2 plans call for the construction of a ± 14,350 square foot building which will be divided into an additional 110 self-storage units.

The 2 existing buildings are constructed on poured reinforced concrete slab foundations. The roof, exterior and interior walls are of steel construction and access to each unit is via a roll-up door. The corners of the buildings are protected by steel pipe embedded bollards. The facility has lighting and cameras for additional security.

An 8-foot chain link fence encloses the facility with access provided by a keypad operated automatic gate.



# Aaron Posnik
### Auctioneers • Appraisers

- 3 -

# PUBLIC AUCTION

## RENTAL SCHEDULE

### PRO FORMA
### RENTAL SCHEDULE (PHASE 1)

| UNIT SIZE | PHASE 1 (EXISTING) | MONTHLY RENTAL | ANNUALIZED INCOME |
|---|---|---|---|
| 5' X 5' | 66 | $35 | $27,720 |
| 5' X 10' | 42 | $55 | $27,720 |
| 10' X 10' | 53 | $75 | $47,700 |
| 10' X 15' | 27 | $95 | $30,780 |
| 10' X 20' | 39 | $110 | $51,480 |
| 10' X 30' | 2 | $160 | $3,840 |
| TOTAL | 229 | | $189,240 |

PLEASE REFER TO THE DISCLAIMER ON THE Table of Contents page.



# Aaron Posnik
## Auctioneers • Appraisers

# PUBLIC AUCTION

## MORTGAGEE'S NOTICE OF SALE

MORTGAGEE'S SALE OF REAL ESTATE
Premises: 1270 Federal Street, Belchertown, MA

By virtue and in execution of the Power of Sale contained in a certain mortgage given by COLLEGE SELF - STORAGE to PEOPLES SAVINGS BANK dated November 26, 2002 and recorded in the Hampshire County Registry of Deeds in Book 6906, Page 5, of which mortgage the undersigned, JJBP, LLC, a Massachusetts limited liability company, is the present holder, by instrument dated May 12, 2003 and recorded as aforesaid in Book 7192, Page 62, for breach of the conditions of said mortgage and for the purpose of foreclosing, the same will be sold at public auction at 11:00 A.M. on the 24th day of March, 2005, upon the mortgaged premises at 1270 Federal Street, Belchertown, Hampshire County, Massachusetts all and singular the premises described in said mortgage.

To wit:

The land in Belchertown, Hampshire County, Massachusetts, described as follows:

A certain parcel of land situated on the easterly side of Federal Street, Belchertown, Hampshire County, Massachusetts, and shown on a plan entitled APlan of Land in Belchertown, MA prepared for College Storage, Inc.@ recorded in Hampshire County Registry of Deeds in Plan Book 189, Page 124, to which plan reference may be had for a more particular description.

Containing 523,756 square feet or 12.023 acres according to said plan

Being the same premises conveyed to Keep Safe Self -Storage, Inc. by deed dated January 10, 2003 recorded in Hampshire County Registry of Deeds in Book 6979, Page 354.

The above premises will be sold subject to and/or with the benefit of any and all restrictions, easements, improvements, outstanding tax titles, municipal or other public taxes, assessments, liens or claims in the nature of liens, and existing encumbrances of record created prior to the mortgage, if any. The premises are also sold subject to the right of redemption of the United States of America or any of its subsidiaries or divisions, if any there be. In the event of any typographical error set forth herein in the legal description of the premises, the description set forth and contained in the mortgage shall take precedence.

Terms of Sale:
Cash, certified check or bank cashiers check in the sum of $50,000.00 shall be paid as a deposit and must be shown at the time and place of the sale in order to qualify as a bidder; said deposit must be increased to an amount totaling 10% of the purchase price within five business days; the high bidder shall sign a written Memorandum of Sale upon acceptance of the bid, the terms of which shall be announced prior to the bid, the balance of the purchase price is to be paid in cash, certified check or bank cashiers check within thirty (30) days



# Aaron Posnik
## Auctioneers • Appraisers

-7-

# PUBLIC AUCTION

## MEMORANDUM OF SALE

**NOT YET AVAILABLE**



# Aaron Posnik
## Auctioneers • Appraisers

- 9 -

# PUBLIC AUCTION

*- David Mendel of Aaron Posnick Closing w/in 30 days*

## MUNICIPAL LIEN CERTIFICATE

State Tax Form 290                                   Certificate No.   30505

MUNICIPAL LIEN CERTIFICATE
TOWN OF BELCHERTOWN
COMMONWEALTH OF MASSACHUSETTS

Requested by ATTYS WEINER & PESKIN           Issuance Date: 03/03/2005

I certify from available information that all taxes, assessments and charges now payable that constitute liens as of the date of this certificate on the parcel of real estate specified in your application received on 03/03/2005 are listed below.

DESCRIPTION OF PROPERTY

Parcel ID: 203-011.000          1270 FEDERAL ST

```
                          Land area    :      12.02 AC
COLLEGE SELF STORAGE INC  Land Value   :     175,400
P O BOX 647               Impr Value   :     320,900
37 MAIN ST                Land Use     :           0
BELCHERTOWN    MA 01007-0647  Exemptions :         0
                          Taxable Value:     496,300
```

Deed date: 05/12/2003 Book/Page: 7190-/34

| FISCAL YEAR | 2005 | 2004 | 2003 |
|---|---|---|---|
| DESCRIPTION | | | |
| REAL ESTATE TAX | 7,499.09 | 7,939.18 | 7,829.36 |
| Charges/Fees | .00 | 5.00 | .00 |
| Abatements/Exemptions | .00 | .00 | .00 |
| Payments/Credits | .00 | -1,957.34 | -7,829.36 |
| Interest to 03/03/2005 | 275.34 | 904.37 | .00 |
| TOTAL BALANCE DUE: | 7,774.43 | 6,891.21 | .00 |
| TOTAL INTEREST PER DIEM: | 4.49 | | |

LISA M. BANNER
TOWN TREASURER/COLLECTOR

THIS FORM APPROVED BY THE COMMISSIONER OF REVENUE

# Aaron Posnik
## Auctioneers • Appraisers

- 10 -

# PUBLIC AUCTION

## MORTGAGEE'S NOTICE OF SALE

from the date of sale and thereafter to be deposited in escrow with the law firm of Weiner and Peskin, P.C., 95 State Street, Suite 918, Springfield, Hampden County, Massachusetts, pending recording of the deed which is to be delivered, accepted and recorded within ten (10) days thereafter, or at such other time as may be designated by Mortgagee.

Mortgagee reserves the right to postpone the sale to a later date by public proclamation at the time and date appointed for the sale, and to further postpone at any adjourned sale date by public proclamation at the time and date appointed for any such adjourned date.

In the event that the successful bidder at the foreclosure sale shall default in purchasing the within described property according to the terms of this Notice of Sale and/or the terms of the Memorandum of Sale executed at the time of foreclosure, the Mortgagee reserves the right to sell the property by foreclosure deed to the second highest bidder, providing that the second highest bidder shall execute a Memorandum of Sale and deposit with Mortgagee=s attorneys, Weiner and Peskin, P.C., 95 State St., Suite 918, Springfield, Hampden County, Massachusetts, the amount of the required deposit as set forth herein within three (3) business days after written notice of the default of the previous highest bidder. The balance of the purchase price shall be paid by and title shall be conveyed to the said second highest bidder within twenty (20) days of said written notice.

The successful purchaser will be responsible for any and all closing cost, state documentary stamps, and recording fees.

Other terms to be announced at the sale.

Dated: [3/2, 3/9, 3/16, 3/23]

> JJBP, LLC
> The Present Holder of Said Mortgage
>
> By: _____
> Nyles L. Courchesne, Esq.
> Weiner and Peskin, P.C.
> 95 State Street, Suite 918
> Springfield, MA 01103
> 413-732-6840
> Attorneys for the Mortgagee

# Aaron Posnik
## Auctioneers • Appraisers

# PUBLIC AUCTION

## INCOME & EXPENSE STATEMENT

### PRO FORMA
### INCOME & EXPENSE STATEMENT - PHASE 1

**Projected Income - 229 Units - Phase 1**

| | |
|---|---:|
| Rental Income from Units | $189,240 |
| Total Projected Gross Income | **$189,240** |
| | |
| Vacancy & Credit Loss:   Projected 15% | (28,386) |
| | |
| **Effective Gross Income** | **$160,854** |

**\*Projected Expenses - 229 Units - Phase 1**

| | |
|---|---:|
| Administrative/Management (±10% of Gross) | ($16,085) |
| General Maintenance (± 4% of Gross) | ($6,450) |
| Utilities (± 4.7% of Gross) | ($7,525) |
| Advertising (±3% of Gross) | ($4,826) |
| Real Estate Taxes (Estimated) | ($8,500) |
| Insurance (± 1.3% of Gross) | ($2,150) |
| Reserves (± 2.9 of Gross) | ($4,300) |
| **Total Expenses** | **($49,166)** |
| | |
| **Projected Net Operating Income** | **$111,018** |

*Projected Expenses does not include Debt Service. Additionally, please refer to the disclaimer on the Table of Contents Page.



# Aaron Posnik
## Auctioneers • Appraisers

- 6 -

# PUBLIC AUCTION

## UNITS

### UNIT COUNT (PHASE 1 & 2)

| UNIT SIZE | PHASE 1 (EXISTING) | PHASE 2 (PROPOSED) | TOTAL UNITS |
|---|---|---|---|
| 5' X 5' | 66 | 0 | 66 |
| 5' X 10' | 42 | 16 | 58 |
| 10' X 10' | 53 | 42 | 95 |
| 10' X 15' | 27 | 21 | 48 |
| 10' X 20' | 39 | 31 | 70 |
| 10' X 30' | 2 | 0 | 2 |
| TOTAL | 229 | 110 | 339 |

# Aaron Posnik
## Auctioneers • Appraisers

- 4 -

# PUBLIC AUCTION

## SITE PLAN



# Aaron Posnik
## Auctioneers • Appraisers

- 2 -