AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CHESWELL, INC.

**NOTICE**

V.

JAMES KENNEY, et al.                     CASE NUMBER:   04-30060-MAP

TYPE OF CASE:

☒ **CIVIL**          **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | UNITED STATES BANKRUPTCY COURTROOM, 2ND FLOOR |
| Springfield, Massachusetts 01103 | DATE AND TIME |
|  | Monday, April 11, 2005, at 10:00 a.m. |

TYPE OF PROCEEDING

HEARING ON [69] MOTION FOR DEPOSIT IN COURT AND FOR EXPEDITED HEARING
(This matter will be heard in conjunction with the matter heard before Honorable Henry Boroff, U.S. Bankruptcy Judge,
In Re: Keepsafe Self-Storage Inc and College Self-Storage, Inc., 03-42756)

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three |  |  |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 8, 2005                         /s/
DATE                                  (BY) DEPUTY CLERK

TO:   ALL COUNSEL OF RECORD