UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHESWELL INC., et al., | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30060-MAP |
| | ) | |
| | ) | |
| JAMES KENNEY, et al., | ) | |
| Defendants | ) | |

SETTLEMENT ORDER OF DISMISSAL
April 29, 2005

The court, having been advised on April 29, 2005, that the above-entitled action

has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within

forty-five (45) days if settlement is not consummated.

By the Court,

 /s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk