UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cheswell, Inc., et al.,
        Plaintiff

v.                         CIVIL ACTION NO. 04-30060-KPN

James F. Kenney, et al.,
        Defendants

## ORDER DISSOLVING REAL ESTATE ATTACHMENT

The Court hereby orders the attachment, recorded with the **Hampshire County Registry of Deeds at Book 7728, Page 183**, on the real estate located at West Side of Federal Street and the East Side of Old Amherst Road, Belchertown, Hampshire County, Massachusetts, title of which is vested in Susan M. Kenney, by virtue of a deed recorded in the **Hampshire County Registry of Deeds, Book 6927, Page 31** and more particularly described in Exhibit A attached hereto dissolved.

Dated at  3:05 P.M.  this 19th day of May , 2005.

**SEAL**                                 By: _____